# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re *Surefil, LLC,*  
   a *Michigan Limited Liability Company*

Case No.  
Chapter 11

_____ / Debtor

## ASSET PROTECTION REPORT

    By local rule of this Court, debtors filing Chapter 7 petitions and debtors in cases converting to Chapter 7 must file an Asset Protection Report giving information about the status of insurance coverage on assets in the estate. The back of this page shall be completed with the following information: (1) description of the asset and location; (2) the debtor's insurance agent for the asset, or if none, the insurance underwriter; (3) the policy limit of the policy with respect to the asset; (4) the expiration date of the policy and (5) if the asset is secured, the name of the secured party and whether the debtor insures the interest of that party. If the debtor has sufficient insurance coverages to protect any exemptible interest in real or personal property or does not wish the trustee to use estate funds to procure such coverages, the debtor(s) may sign the waiver below.

    Debtors are requested to provide the trustee with copies of all insurance policies and/or declarations representing each insurable asset within fifteen days of the filing of the petition.

## REQUEST TO TRUSTEE
## NOT TO INSURE EXEMPTIBLE ASSETS

    I, a debtor who has signed below, state that I intend to provide insurance protection for any exemptible interests in real or personal property in this estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Date: *06/05/2009*   /s/ *W B Hunt Corp.*  
                                                      Debtor

Date: *06/05/2009*   _____  
                                                      Co-Debtor

| TYPE OF ASSET | DESCRIPTION AND LOCATION | NAME AND ADDRESS OF INSURANCE AGENT OR UNDERWRITER | POLICY LIMIT AND EXPIRATION DATE | SECURED PARTIES: DO YOU INSURE THEIR INTERESTS? |
|---|---|---|---|---|

<u>REAL PROPERTY:</u> [INCLUDE ANY PROPERTY IN WHICH THE DEBTOR HAS AN INTEREST, INCLUDING LEASED PROPERTY IF THE LEASE REQUIRES THE DEBTOR TO MAINTAIN INSURANCE COVERAGES]

---

<u>PERSONAL PROPERTY:</u>

**1. Household Goods:**

**2. Motor Vehicles:**

**3. Boats, Motors, Snowmobiles, etc.:**

**4. Livestock:**

**5. Equipment and Fixtures:**

| | Equipment<br>Location: In debtor's possession | Citizens Insurance<br>P.O. Box 1928<br>4100 Embassy Drive, S.E.<br>Grand Rapids, MI   49501-3337 | $8.5 Milliion<br>1/01/2010 | Yes |
|---|---|---|---|---|

**6. Inventory:**

| | Inventory<br>Location: In debtor's possession | Citizens Insurance<br>P.O. Box 1928<br>4100 Embassy Drive, S.E.<br>Grand Rapids, MI   49501-3337 | $8.5 Million<br>1/1/2010 | Yes |
|---|---|---|---|---|

**7. Miscellaneous Other Property:**

| | Operating Lease Equipment<br>Location: In debtor's possession | Citizens Insurance<br>P.O. Box 1928<br>4100 Embassy Drive, S.E.<br>Grand Rapids, MI   49501-3337 | $8.5 Million<br>1/1/2010 | yes |
|---|---|---|---|---|

Date: 06/05/2009                                Debtor: /s/ W B Hunt Corp.

Date: 06/05/2009                                Co-Debtor: