<u>Affidavit of William B. Hunt
in Support of Motion for Use of
Cash Collateral</u>

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF KENT      )

**William B. Hunt**, being first duly sworn, says:

1. I am the Managing Member of Surefil, LLC, the Debtor and Debtor in possession (the "**Debtor**") in this Chapter 11 proceeding which was filed on June 8, 2009.

2. The Debtor is a contract manufacturer of liquid fill plastic bottle consumer products such as shampoo, conditioner, mouthwash, bubble bath, body wash and energy drinks.

3. The Debtor currently employs approximately 46 people.

4. The Debtor owes The Huntington National Bank approximately $11,600,000, which is secured by, among other assets, the Debtor's accounts and inventory.

5. As of June 8, 2009, the Debtor had eligible[1] inventory having a value of $2,654,099, eligible accounts in the amount of $1,173,214, and cash on deposit (excluding payroll account) in the amount of $10,725.12.

6. If the Debtor is unable to obtain permission to use cash collateral, the Debtor and the bankruptcy estate will suffer immediate and irreparable harm for reasons which include, without limitation, the inability of the Debtor to meets it payroll, to

---

[1] The term "eligible" means includable in the borrowing base formula in place pre-petition between the Debtor and The Huntington National Bank.

-1-

purchase materials, to pay freight charges, to pay for insurance, to pay for utility deposits and to fund other ordinary and necessary business expenses.

7.  The Debtor needs to spend approximately $420,300 of cash collateral through June 29, 2009, in order to preserve its business and for the purposes set forth on the budget attached hereto as **Exhibit 1**.

Dated: June 9, 2009                                              /s/ **William B. Hunt**
                                                                 William B. Hunt

Acknowledged before me this 9th
Day of June, 2009.

    /s/ **Patti Kalita**
Patti Kalita
Notary Public, Kent County, MI
Acting in Kent County, MI
My commission expires: 4/23/2015

f \data\hen\surefil llc\affidavit (wm hunt) 6-8-09 doc

**EXHIBIT 1 TO**
**AFFIDAVIT OF WILLIAM B. HUNT**

Surefil, LLC
**Confidential**
as of 6-4-09

|  | Week # WE 06/14 Forecast | Week # WE 06/21 Forecast | Week # WE 06/28 Forecast |
|---|---|---|---|
| Utility Deposits |  |  |  |
| Water | 8,000 |  |  |
| DTE | 6,000 |  |  |
| Consumers | 10,000 |  |  |
|  |  |  |  |
| *Material purchases* |  |  |  |
| CVS-Labels |  | 10,000 |  |
| CVS-Wrap |  | 10,000 |  |
| CVS-Bottle |  | 32,500 |  |
| Mouthwash-Label | 12,000 |  |  |
| Terraboost-Raw | 2,000 |  |  |
| Tech Brand Shippers |  | 1,300 |  |
| 1.5 liter bottles |  |  | 16,000 |
| 64 oz shippes |  |  | 18,500 |
| CVS wrap machine |  | 4,000 |  |
| Setup Line 4 maint |  |  | 1,500 |
| Setup sleever | 500 |  |  |
| Consumable | 1,800 | 1,800 | 1,800 |
| Selling Expenses | 5,000 | 5,000 | 5,000 |
| UPS | 400 | 400 | 400 |
| SF 20003 64 oz bottles |  |  | 28,000 |
| SF800037 -50/50 blend raw |  |  | 20,000 |
|  |  |  |  |
| Alliance | 1,000 | 1,000 | 1,000 |
| McMaster |  | 100 | 100 |
| Office Depot |  | 100 | 100 |
| Shrink Pac | 2,500 | 2,500 | 2,500 |
| Freight | 1,000 | 0 | 20,000 |
| Legal / Collection costs | 5,000 | 5,000 | 5,000 |
| Label Misc | 4,000 | 4,000 | 4,000 |
| Operating Exp Misc | 5,000 | 5,000 | 5,000 |
| Inventory Misc | 20,000 | 20,000 | 20,000 |
|  |  |  |  |
| **AP Cash** | 84,200 | 102,700 | 148,900 |
|  |  |  |  |
| **Payroll Cash** |  | 80,000 |  |
| **Third shift** | 1,500 | 1,500 | 1,500 |
|  |  |  |  |
| **Total Cash needed** | 85,700 | 184,200 | 150,400 |

|  | Week # WE 06/14 Forecast | Week # WE 06/21 Forecast | Week # WE 06/28 Forecast |
|---|---|---|---|
| **Collections for the week** |  |  |  |
| Dollar Tree | 21,450 | 42,900 | 27,579 |
| Great Lakes Wholesale | 22,402 |  | 656 |
| Walmart |  | 368,000 |  |
| Viva | 42,000 | 29,000 | 29,000 |
|  |  |  |  |
| **Total Collections** | 85,852 | 439,900 | 57,235 |

**Summary**

|  | | | |
|---|---:|---:|---:|
| Cash In | 85,852 | 439,900 | 57,235 |
| Cash out | (85,700) | (184,200) | (150,400) |
| Net Cash | 152 | 255,700 | (93,165) |
| | | | |
| Cummulative Cash | 152 | 255,853 | 162,687 |

|  | Week # WE 06/14 Forecast | Week # WE 06/21 Forecast | Week # WE 06/28 Forecast |
|---|---:|---:|---:|
| Invoice | 150,000 | 150,000 | 150,000 |
| Collection | (85,852) | (439,900) | (57,235) |
| | | | |
| A/R change | 64,148 | (289,900) | 92,765 |

| HNB formula impact | |
|---:|---|
| 450,000 | A/R increase |
| (582,987) | A/R decrease |
| (132,987) | A/R reduction |
| 80% | |
| (106,390) | Formula reduction |
| | |
| 162,687 | Cummulative Cash |
| 56,297 | Net Bank / Cash |