UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,                                                    Case No.  09-06914
                                                                Chapter 11
Debtor.

_____/

SUREFIL PROPERTIES, LLC,                                        Case No. 09-06916
                                                                Chapter 11
                    Debtors.

_____/                              Hon. Jeffrey R. Hughes


## NOTICE OF APPEARANCE

NOW COMES Robert H. Skilton of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of The Huntington National Bank, creditor and party-in-interest in the above-captioned cases.


Dated:  June 16, 2009                   /s/ Robert H. Skilton_____
                                        Robert H. Skilton (P20550)
                                        WARNER NORCROSS & JUDD LLP
                                        900 Fifth Third Center
                                        111 Lyon Street, NW
                                        Grand Rapids, Michigan 49503
                                        Telephone:  (616) 752-2119
                                        Fax:  (616) 222-2119
                                        Email:  rskilton@wnj.com
                                        Attorneys for The Huntington National Bank