UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,                                                  Case No. 09-06914

                                                                 Chapter 11

Debtor.
_____/

SUREFIL PROPERTIES, LLC,                   Case No. 09-06916

                                                                 Chapter 11

        Debtors.
_____/                Hon. Jeffrey R. Hughes

## NOTICE OF APPEARANCE

        NOW COMES Inga A. Hofer of Warner Norcross & Judd LLP and hereby enters her appearance for and on behalf of The Huntington National Bank, creditor and party-in-interest in the above-captioned cases.

Dated: June 16, 2009                          /s/ Inga A. Hofer
                                                          Inga A. Hofer (P71291)
                                                          WARNER NORCROSS & JUDD LLP
                                                          900 Fifth Third Center
                                                          111 Lyon Street, NW
                                                          Grand Rapids, Michigan 49503
                                                          Telephone: (616) 752-2410
                                                          Fax: (616) 222-2410
                                                          Email: ihofer@wnj.com
                                                          Attorneys for The Huntington National Bank