Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

## Amended 07/28/2009

In re *Surefil, LLC,*
    *a Michigan Limited Liability Company*

Case No *09-06914-jrh*

### STATEMENT OF FINANCIAL AFFAIRS- AMENDED

This statement is to be completed by every debtor Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child by John Doe, guardian" Do not disclose the child's name See, 11 U S C § 112 and Fed R Bankr P 1007(m)

Questions 1-18 are to be completed by all debtors Debtors that are or have been in business, as defined below, also must complete Questions 19-25 If the answer to an applicable question is "None," mark the box labeled "None" If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

"In business " A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment

"Insider " The term "insider" includes but is not limited to relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor 11 U S C §101

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment trade, or profession or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced State also the gross amounts received during the two years immediately preceding this calendar year (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

AMOUNT                                  SOURCE

*Year to date:*   *$6,905,608*
*Last Year:*      *$3,885,291*
*Year before:*   *$4,127,445*

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case Give particulars If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

### 3. Payments to creditors

None  ☒

Complete a or b, as appropriate, and c

a. Individual or joint debtor(s) with primarily consumer debts  List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None  ☐

b. Debtor whose debts are not primarily consumer debts  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Creditor: SEE ATTACHMENT*
*Address:*

None  ☐

c. All debtors  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Creditor: SEE ATTACHMENT*
*Address:*
*Relationship:*

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *ACMA USA, Inc. v Surefil, LLC 3:08CV071-HEN* | *Accounts Payable Dispute* | *U.S. District Court Eastern District of Virginia Richmond Division* | *Finalized* |
| *Prosys, LLC an Process Results, Inc. v Surefil, LLC and Surefil Properties, LLC and The Huntington National Bank 07-07828-CK* | *Accounts Payable Dispute* | *Kent County Circuit Court 180 Ottawa, N.W. Grand Rapids, MI 49503* | *Pending* |
| *Rush Creek* | *Real Estate Lien on* | *Kent County Circuit* | *Pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Excavating & Construction, Inc. v Bret Ebels Constr. d/b/a Ebels Constr., Bret Ebels and Surefil Properties, LLC 08-12419-CH* | *Account Payable Dispute* | *Court 180 Ottawa, N.W. Grand Rapids, MI 49503* | |
| *Surefil, LLC v Bonne Bell, LLC 1:09-cv-379* | *Account Receivable Collection* | *U.S. District Court Western Dsitrict of Michigan Southern Division* | *Pending* |
| *Surefil, LLC v Willard Manufacturing, Inc. and Percara Enterprises, Inc. 09-03678-CK* | *Account Receivable Collection* | *Kent County Circuit Court 180 Ottawa, N.W. Grand Rapids, MI 49503* | *Pending* |
| *Transportation Solutions Group, LLC v Surefil, LLC 2009 L 3179* | *Account Payable Dispute* | *Circuit Court of Cook County, Illinois - County Department Law Division 50 W. Washington, Room 801 Chicago, IL  60602* | *Pending* |

None
☒   b Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

## 5. Repossessions, foreclosures and returns

None
☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

## 6. Assignments and receiverships

None
☒   a Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| None ☒ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

### 7. Gifts

| None ☐ | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name:  City of Kentwood*<br>*Addresss:* | | *6/3/2008* | *Description:*<br>*Value:$1,000.00* |
| *Name:  East Grand Rapids*<br>*High School*<br>*Addresss:* | | *7/29/2008* | *Description:*<br>*Value: $200.00* |
| *Name:  Bill Hunt/VanAndel*<br>*Institute*<br>*Addresss:* | | *4/7/2009* | *Description:*<br>*Value:  $733.00* |
| *Name:  FIA Cards/Make-A-Wish*<br>*Foundation*<br>*Addresss:* | | *4/22/2009* | *Description:*<br>*Value:  $300.00* |
| *Name:  City of Kentwood*<br>*Addresss:* | | *6/3/2009* | *Description:*<br>*Value:  $1,000.00* |

### 8. Losses

| None ☒ | List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Harold E. Nelson*<br>*Address:*<br>*2025 East Beltline, S.E.*<br>*Suite 600*<br>*Grand Rapids, MI 49546* | *Date of Payment:*<br>*Payor: Surefil, LLC* | *$26,039.00* |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Grand Brands, LLC*<br>*Address:4518 DANVERS DRIVE S*<br>*KENTWOOD   MI   49512*<br>*Relationship:Owned  by an Insider* | *10/31/2008* | *Property:Right and obligations under an asset*<br>*purchase agreement with Ascendia Brands,*<br>*Inc., et. al.*<br>*Value: $400,000.00* |

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case Include checking, savings, or other financial accounts, certificates of deposit or other instruments, shares and share accounts held in banks credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:   Huntington Bank*<br>*Address:   50 Monroe, N.W.,*<br>*Grand Rapids, MI   49503* | *Account Type and No.:*<br>*1153030942 / Checking*<br>*Final Balance:* | |

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

#### 14. Property held for another person

None  List all property owned by another person that the debtor holds or controls

☐

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

*Owner:  SEE ATTACHMENT*          *Description:*
*Address:*                         *Value:*

---

#### 15. Prior address of debtor

None   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and
☒     vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse

---

#### 16. Spouses and Former Spouses

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New
☒     Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's
       spouse and of any former spouse who resides or resided with the debtor in the community property state

---

#### 17. Environmental Information

None   For the purpose of this question, the following definitions apply
☒
       'Environmental Law' means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or
       material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these
       substances, wastes, or material

       "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
       including, but not limited to disposal sites

       "Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar
       term under an Environmental Law

       a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under
       or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

---

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the
☒     governmental unit to which the notice was sent and the date of the notice

---

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party.
☒     Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

---

#### 18. Nature, location and name of business

None   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all
☒     businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was
       self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which
       the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership list the names addresses taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case

None   b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101
☒

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief

Date  _07/28/2009_            Signature  _/s/ W B Hunt Corp._

                              _W B Hunt Corp._            _Manager_
                              Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

_____continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U S C §§ 152 and 3571*

**ATTACHMENT 3(B) TO**
**STATEMENT OF FINANCIAL AFFAIRS**

# 3b Payments to creditors

## 3.b. Payments to Creditors

|  |  |  | $ | 3,204,169.17 Total |

### 3/9/2009 90 days prior

| Check/Wire # | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|
| 6391 | 03/09/09 | Rhoades Mckee | $ | 3,000 00 |
| 6392 | V 03/13/09 | Besco Water Treatment Inc | $ | - |
| 6393 | 03/13/09 | Cognis Corporation | $ | 18,006 30 |
| 6394 | 03/13/09 | Consolidated Container Company LP | $ | 26,762 22 |
| 6395 | 03/13/09 | Croda Inc | $ | 3,134 70 |
| 6396 | 03/13/09 | Custom Essence Inc | $ | 10,000 00 |
| 6397 | 03/13/09 | FedEx | $ | 663 18 |
| 6398 | 03/13/09 | FedEx Freight | $ | 154 29 |
| 6399 | 03/13/09 | GAINEY TRANSPORTATION SERVICES, Inc | $ | 776 09 |
| 6400 | 03/13/09 | GB Management Systems, Inc | $ | 3,546 08 |
| 6401 | 03/13/09 | Kent Rubber Supply Company | $ | 1,549 00 |
| 6402 | 03/13/09 | MANPOWER | $ | 2,332 50 |
| 6403 | 03/13/09 | Matrix Packaging | $ | 72,166 85 |
| 6404 | 03/13/09 | McMaster Carr Supply Co | $ | 515 95 |
| 6405 | 03/13/09 | Michigan Label | $ | 1,540 61 |
| 6406 | 03/13/09 | Model Coverall | $ | 294 00 |
| 6407 | V 03/13/09 | Morrison Industrial Equipment Co | $ | - |
| 6408 | 03/13/09 | Morton Salt | $ | 4,864 72 |
| 6409 | 03/13/09 | Oriental Aromatics Inc | $ | 3,040 00 |
| 6410 | 03/13/09 | P B Gast & Sons | $ | 57 50 |
| 6411 | 03/13/09 | Priority Health | $ | 7,776 92 |
| 6412 | V 03/13/09 | RECYCLING CONCEPTS | $ | - |
| 6413 | 03/13/09 | Shrink Pack Services | $ | 1,982 88 |
| 6414 | 03/13/09 | SILVER BULLET BROKERAGE, LLC | $ | 525 00 |
| 6415 | 03/13/09 | Superior Pest Control, Inc | $ | 130 00 |
| 6416 | 03/13/09 | JD Factors Corporation | $ | 1,390 00 |
| 6417 | 03/13/09 | Technical Edge | $ | 1,042 50 |
| 6418 | 03/13/09 | Temple- Inland | $ | 23,422 13 |
| 6419 | V 03/13/09 | The Agile Group, Inc | $ | - |
| 6420 | 03/13/09 | The Employers' Association | $ | 82 00 |
| 6421 | 03/13/09 | UPS | $ | 46 48 |
| 6422 | 03/13/09 | Verizon Wireless | $ | 446 85 |
| 6423 | 03/13/09 | The Agile Group, Inc | $ | 3,631 65 |
| 6424 | 03/13/09 | Advance Packaging Corporation | $ | 17,064 03 |
| 6425 | 03/13/09 | Morrison Industrial Equipment Co | $ | 785 27 |
| 6426 | 03/13/09 | Jessica Gaddis | $ | 57 09 |
| 6427 | 03/13/09 | Companion Life | $ | 518 85 |
| 6428 | 03/13/09 | Protameen | $ | 5,014 10 |
| 6429 | 03/13/09 | Symrise Inc | $ | 28,174 00 |
| 6430 | 03/16/09 | Matrix Packaging | $ | 4,748 06 |
| 6431 | 03/16/09 | Matrix Packaging | $ | 4,797 00 |
| 6432 | 03/16/09 | GRAND BRANDS LLC | $ | 100,000 00 |
| 6433 | 03/16/09 | RECYCLING CONCEPTS | $ | 300 00 |
| 6434 | 03/17/09 | Rhoades Mckee | $ | 3,000 00 |
| 6435 | 03/17/09 | MICHIGAN DEPARTMENT OF AGRICULTURE | $ | 175 00 |
| 6436 | 03/17/09 | JESUS PEREZ | $ | 292 06 |
| 6437 | 03/19/09 | Airgas Great Lakes | $ | 222 99 |
| 6438 | 03/19/09 | Alliance Analytical Laboratories | $ | 1,168 00 |
| 6439 | 03/19/09 | Alpha Tech Services | $ | 375 00 |
| 6440 | 03/19/09 | Berlin Packaging | $ | 1,327 04 |
| 6441 | V 03/19/09 | BID ON EQUIPMENT | $ | - |
| 6442 | 03/19/09 | Booth Newspapers | $ | 978 35 |
| 6443 | 03/19/09 | Brenntag Great Lakes, LLC | $ | 4,516 41 |
| 6444 | 03/19/09 | Broadmoor Products Inc | $ | 517 13 |

## 3.b. Payments to Creditors

$ 3,204,169.17 Total

### 3/9/2009 90 days prior

| Check/Wire # | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|
| 6445 | 03/19/09 | C H ROBINSON WORLDWIDE INC | $ | 4,536 94 |
| 6446 | 03/19/09 | Grand Rapids City Treasurer | $ | 4,213 07 |
| 6447 | 03/19/09 | Cognis Corporation | $ | 58,561 52 |
| 6448 | 03/19/09 | CONNEY SAFETY | $ | 1,472 72 |
| 6449 | 03/19/09 | Consolidated Container Company LP | $ | 53,512 44 |
| 6450 | 03/19/09 | Croda Inc | $ | 10,449 00 |
| 6451 | 03/19/09 | Domino Amjet Inc | $ | 2,710 90 |
| 6452 | 03/19/09 | DTE Energy | $ | 9,331 05 |
| 6453 | 03/19/09 | Durrette Bradshaw PLC, Attorney's at Law | $ | 21,250 00 |
| 6454 | 03/19/09 | Engineered Protection Systems | $ | 120 00 |
| 6455 | 03/19/09 | Ernst Timing Screw Company | $ | 851 28 |
| 6456 | 03/19/09 | Fastenal | $ | 104 78 |
| 6457 | 03/19/09 | FedEx | $ | 54 74 |
| 6458 | 03/19/09 | Grand Rapids Press | $ | 1,102 14 |
| 6459 | 03/19/09 | Informs | $ | 5,816 90 |
| 6460 | 03/19/09 | Lakeland Pallets Inc | $ | 2,938 00 |
| 6461 | 03/19/09 | Lift Parts Service Inc | $ | 146 79 |
| 6462 | 03/19/09 | MDS of Michigan Inc | $ | 89 00 |
| 6463 | 03/19/09 | Morrison Industrial Equipment Co | $ | 771 86 |
| 6464 | 03/19/09 | Morton Salt | $ | 4,864 72 |
| 6465 | 03/19/09 | Phoenix Personnel Inc | $ | 1,517 74 |
| 6466 | 03/19/09 | Professional Marketing | $ | 2,055 91 |
| 6467 | 03/19/09 | Protameen | $ | 14,039 48 |
| 6468 | 03/19/09 | RECYCLING CONCEPTS | $ | 443 75 |
| 6469 | 03/19/09 | Ronchi America, LLC | $ | 1,607 00 |
| 6470 | 03/19/09 | Ship Pac Inc | $ | 1,666 57 |
| 6471 | 03/19/09 | Speed Wrench, Inc | $ | 200 00 |
| 6472 | 03/19/09 | Summit Landscaping | $ | 350 42 |
| 6473 | 03/19/09 | JD Factors Corporation | $ | 2,780 00 |
| 6474 | 03/19/09 | ULINE | $ | 177 82 |
| 6475 | 03/19/09 | West Michigan Tag & Label | $ | 748 00 |
| 6476 | 03/19/09 | Young Chemicals | $ | 30,618 63 |
| 6477 | V 03/19/09 | VOID DURING PRINTING | $ | - |
| 6478 | V 03/19/09 | GB Management Systems, Inc | $ | - |
| 6479 | 03/19/09 | GB Management Systems, Inc | $ | 25,429 14 |
| 6480 | 03/19/09 | GB Management Systems, Inc | $ | 11,966 62 |
| 999031909 | 03/19/09 | BID ON EQUIPMENT | $ | 3,400 00 |
| 6481 | V 03/20/09 | Citizens Insurance Company of America | $ | - |
| 999032009 | 03/20/09 | Citizens Insurance Company of America | $ | 7,455 20 |
| 6482 | 03/23/09 | GRAND BRANDS LLC | $ | 17,787 13 |
| 6483 | 03/23/09 | FIA Card Services | $ | 3,177 83 |
| 6484 | 03/23/09 | Rhoades Mckee | $ | 3,000 00 |
| 6485 | 03/23/09 | WMI | $ | 6,860 00 |
| 6486 | 03/23/09 | FIA Card Services | $ | 2,079 52 |
| 6487 | 03/23/09 | FIA Card Services | $ | 1,675 00 |
| 6488 | 03/26/09 | Alliance Analytical Laboratories | $ | 4,656 00 |
| 6489 | 03/26/09 | Allied Waste Services | $ | 2,453 06 |
| 6490 | 03/26/09 | Alpha Tech Services | $ | 250 00 |
| 6491 | 03/26/09 | Bond Fluidaire, Inc | $ | 617 68 |
| 6492 | 03/26/09 | Bouma Bros Sales and Service, Inc | $ | 625 20 |
| 6493 | 03/26/09 | Creative Financial Staffing | $ | 3,867 00 |
| 6494 | 03/26/09 | Cognis Corporation | $ | 72,794 70 |
| 6495 | 03/26/09 | Colonial Supplemental Insurance | $ | 404 38 |
| 6496 | 03/26/09 | Consumers Energy | $ | 11,422 38 |
| 6497 | 03/26/09 | COLALENT WORKS, LP | $ | 563 50 |

C \Documents and Settings\KHaisma\Local Settings\Temporary Internet Files\Content Outlook\GJ3915VK\Chapter 11 Statement of
Affairs xls\3b Payments to creditors
6/23/2009  2 11 PM

## 3.b. Payments to Creditors

$ 3,204,169.17 Total

**3/9/2009 90 days prior**

| Check/Wire # | | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|---|
| 6498 | | 03/26/09 | Domino Amjet Inc | $ | 1 938 46 |
| 6499 | | 03/26/09 | E-Pak Machinery | $ | 308 00 |
| 6500 | | 03/26/09 | FedEx | $ | 146 22 |
| 6501 | | 03/26/09 | Fisher Scientific | $ | 258 25 |
| 6502 | | 03/26/09 | Anne Huizenga | $ | 60 00 |
| 6503 | | 03/26/09 | Hope Network | $ | 11,731 08 |
| 6504 | | 03/26/09 | KANE WAREHOUSE, INC | $ | 3,655 90 |
| 6505 | | 03/26/09 | Lakeland Pallets Inc | $ | 2 938 00 |
| 6506 | | 03/26/09 | Mane USA | $ | 14,573 40 |
| 6507 | | 03/26/09 | Symrise Inc | $ | 11,568 00 |
| 6508 | | 03/26/09 | MILLER, JOHNSON, SNELL, CUMMISKEY | $ | 1,155 00 |
| 6509 | | 03/26/09 | Model Coverall | $ | 502 42 |
| 6510 | | 03/26/09 | Morton Salt | $ | 9,729 44 |
| 6511 | | 03/26/09 | Office Depot | $ | 604 64 |
| 6512 | | 03/26/09 | Protameen | $ | 2,265 00 |
| 6513 | | 03/26/09 | Elise Sellers | $ | 390 00 |
| 6514 | | 03/26/09 | SILVER BULLET BROKERAGE, LLC | $ | 2 989 10 |
| 6515 | | 03/26/09 | Spectrol | $ | 7,113 60 |
| 6516 | | 03/26/09 | Spring Electric Inc | $ | 600 00 |
| 6517 | | 03/26/09 | TDS Metrocom | $ | 691 91 |
| 6518 | | 03/26/09 | US Bank | $ | 944 28 |
| 6519 | | 03/26/09 | WMI | $ | 5,925 00 |
| 6520 | | 03/26/09 | Young Chemicals | $ | 15,840 00 |
| 6521 | | 03/26/09 | GB Management Systems, Inc | $ | 10,627 63 |
| 6522 | | 03/27/09 | Complete Source Inc | $ | 962 41 |
| 6523 | | 03/27/09 | KANE WAREHOUSE, INC | $ | 16,920 00 |
| 6524 | | 03/27/09 | Matrix Packaging | $ | 56,428 62 |
| 6525 | | 03/27/09 | Matrix Packaging | $ | 15,571 38 |
| 6526 | | 03/30/09 | GRAND BRANDS LLC | $ | 118,000 00 |
| 6527 | | 03/30/09 | Price Heneveld, Cooper, Dewitt & Litton, | $ | 3,332 00 |
| 6528 | | 03/30/09 | Rhoades Mckee | $ | 3,000 00 |
| 6529 | | 03/30/09 | Schenk Boncher & Rypma | $ | 50,000 00 |
| 999033009 | V | 03/30/09 | Innovative Chemical Technologies, Inc | $ | - |
| 999040109 | V | 04/01/09 | Labeltape, Inc | $ | - |
| 999040110 | V | 04/01/09 | Falcon Pallet | $ | - |
| 6530 | | 04/02/09 | Alfa Aesar | $ | 9,104 73 |
| 6531 | | 04/02/09 | Alliance Analytical Laboratories | $ | 1,192 00 |
| 6532 | | 04/02/09 | Brenntag Great Lakes, LLC | $ | 3,751 00 |
| 6533 | | 04/02/09 | Bryan Boven | $ | 78 16 |
| 6534 | | 04/02/09 | C H ROBINSON WORLDWIDE INC | $ | 2,832 27 |
| 6535 | | 04/02/09 | Changeover Intergration Inc | $ | 2,000 00 |
| 6536 | | 04/02/09 | Citizens Insurance Company of America | $ | 3,935 27 |
| 6537 | V | 04/02/09 | Grand Rapids City Treasurer | $ | - |
| 6538 | | 04/02/09 | Grand Rapids City Treasurer | $ | 2,232 17 |
| 6539 | | 04/02/09 | Cognis Corporation | $ | 17,982 00 |
| 6540 | | 04/02/09 | Consolidated Container Company LP | $ | 44,593 70 |
| 6541 | | 04/02/09 | Custom Essence Inc | $ | 10,000 00 |
| 6542 | | 04/02/09 | FedEx | $ | 219 23 |
| 6543 | | 04/02/09 | Complete Source Inc | $ | 135 00 |
| 6544 | | 04/02/09 | Excel Office Interiors | $ | 1,133 60 |
| 6545 | | 04/02/09 | Falcon Pallet | $ | 1,382 40 |
| 6546 | | 04/02/09 | Huizen Locksmith | $ | 1,016 93 |
| 6547 | | 04/02/09 | Jessica Gaddis | $ | 391 48 |
| 6548 | V | 04/02/09 | KANE WAREHOUSE, INC | $ | 13,136 00 |
| 6549 | | 04/02/09 | Kendall Electric Co | $ | - |

C \Documents and Settings\KHaisma\Local Settings\Temporary Internet Files\Content Outlook\GJ3915VK\Chapter 11 Statement of
Affairs xls\3b Payments to creditors

6/23/2009  2 11 PM

## 3.b. Payments to Creditors

$ 3,204,169.17 Total

### 3/9/2009 90 days prior

| Check/Wire # | | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|---|
| 6550 | | 04/02/09 | Lakeland Pallets Inc | $ | 2,938 00 |
| 6551 | V | 04/02/09 | Symrise Inc | $ | - |
| 6552 | | 04/02/09 | McMaster Carr Supply Co | $ | 445 64 |
| 6553 | | 04/02/09 | MDS of Michigan Inc | $ | 184 00 |
| 6554 | | 04/02/09 | MED-1 Holland | $ | 140 00 |
| 6555 | | 04/02/09 | MED-1 Breton | $ | 470 00 |
| 6556 | | 04/02/09 | Model Coverall | $ | 184 80 |
| 6557 | | 04/02/09 | Morrison Industrial Equipment Co | $ | 237 52 |
| 6558 | | 04/02/09 | New England Machinery | $ | 1,530 00 |
| 6559 | | 04/02/09 | Kevin Nicholas | $ | 241 98 |
| 6560 | | 04/02/09 | Packaging Design Group | $ | 14,172 90 |
| 6561 | | 04/02/09 | Priority Health | $ | 6,411 00 |
| 6562 | | 04/02/09 | S & S Tool Inc | $ | 1,162 00 |
| 6563 | | 04/02/09 | Signworks of Michigan, Inc | $ | 60 00 |
| 6564 | | 04/02/09 | SILVER BULLET BROKERAGE, LLC | $ | 908 00 |
| 6565 | | 04/02/09 | Spring Electric Inc | $ | 623 28 |
| 6566 | | 04/02/09 | Superior Pest Control, Inc | $ | 130 00 |
| 6567 | | 04/02/09 | JD Factors Corporation | $ | 2,780 00 |
| 6568 | V | 04/02/09 | Temple- Inland | $ | - |
| 6569 | | 04/02/09 | The Agile Group, Inc | $ | 550 00 |
| 6570 | | 04/02/09 | Total Quality, Inc | $ | 594 07 |
| 6571 | | 04/02/09 | ULINE | $ | 119 91 |
| 6572 | | 04/02/09 | UPS | $ | 98 29 |
| 6573 | | 04/02/09 | Vivid Packaging Inc | $ | 8,342 76 |
| 6574 | | 04/02/09 | GB Management Systems, Inc | $ | 21,301 35 |
| 6575 | | 04/02/09 | Changeover Intergration Inc | $ | 260 00 |
| 6576 | V | 04/02/09 | Morton Salt | $ | - |
| 6577 | | 04/02/09 | Kendall Electric Co | $ | 972 89 |
| 999040209 | | 04/02/09 | Morton Salt | $ | 4,864 72 |
| 6578 | V | 04/06/09 | Labeltape, Inc | $ | - |
| 6579 | | 04/06/09 | Rhoades Mckee | $ | 3,000 00 |
| 6580 | | 04/07/09 | William B Hunt | $ | 2,156 07 |
| 99040809 | | 04/08/09 | Labeltape, Inc | $ | 2,073 60 |
| 6581 | | 04/10/09 | A1 Label | $ | 11,912 81 |
| 6582 | | 04/10/09 | Advance Packaging Corporation | $ | 1,966 15 |
| 6583 | | 04/10/09 | Alliance Analytical Laboratories | $ | 2,301 00 |
| 6584 | | 04/10/09 | Alpha Tech Services | $ | 150 00 |
| 6585 | | 04/10/09 | Bob Gordon | $ | 4 25 |
| 6586 | | 04/10/09 | Bond Fluidaire, Inc | $ | 262 11 |
| 6587 | | 04/10/09 | Companion Life | $ | 662 82 |
| 6588 | | 04/10/09 | Complete Source Inc | $ | 315 00 |
| 6589 | | 04/10/09 | Consolidated Container Company LP | $ | 44,563 70 |
| 6590 | | 04/10/09 | Conway | $ | 611 40 |
| 6591 | | 04/10/09 | FCI Automation | $ | 445 39 |
| 6592 | | 04/10/09 | Great Lakes Automation Supply | $ | 767 12 |
| 6593 | | 04/10/09 | Ecolab Inc | $ | 9,692 80 |
| 6594 | | 04/10/09 | Feyen Zylstra Incorporated | $ | 322 75 |
| 6595 | | 04/10/09 | KANE WAREHOUSE, INC | $ | 961 00 |
| 6596 | | 04/10/09 | KB Industrial Supply Inc | $ | 545 33 |
| 6597 | | 04/10/09 | Kendall Electric Co | $ | 1,586 97 |
| 6598 | | 04/10/09 | Symrise Inc | $ | 22,072 00 |
| 6599 | | 04/10/09 | MANPOWER | $ | 1,134 38 |
| 6600 | | 04/10/09 | Marburg | $ | 225 00 |
| 6601 | | 04/10/09 | Matrix Packaging | $ | 5,250 27 |
| 6602 | | 04/10/09 | Monet Graphics | $ | 8,713 06 |

C \Documents and Settings\KHaisma\Local Settings\Temporary Internet Files\Content Outlook\GJ3915VK\Chapter 11 Statement of Affairs xls\3b Payments to creditors

6/23/2009  2 11 PM

**3.b. Payments to Creditors**

$ **3,204,169.17** Total

### 3/9/2009 90 days prior

| Check/Wire # | | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|---|
| 6603 | | 04/10/09 | New England Machinery | $ | 1,785 00 |
| 6604 | | 04/10/09 | Office Depot | $ | 323 94 |
| 6605 | | 04/10/09 | Oriental Aromatics Inc | $ | 13,275 00 |
| 6606 | | 04/10/09 | S & S Tool Inc | $ | 538 00 |
| 6607 | | 04/10/09 | Elise Sellers | $ | 780 00 |
| 6608 | | 04/10/09 | Ship Pac Inc | $ | 1,921 99 |
| 6609 | | 04/10/09 | Siemens Water Technologies Corp | $ | - |
| 6610 | | 04/10/09 | SILVER BULLET BROKERAGE, LLC | $ | 1,240 00 |
| 6611 | | 04/10/09 | TEAM Packaging, Inc | $ | 5,037 12 |
| 6612 | | 04/10/09 | Terry Laboratories | $ | 29 40 |
| 6613 | | 04/10/09 | Univar USA Inc | $ | 15,288 99 |
| 6614 | | 04/10/09 | Verizon Wireless | $ | 444 12 |
| 6615 | | 04/10/09 | Young Chemicals | $ | 32,135 88 |
| 6616 | V | 04/10/09 | VOID DURING PRINTING | $ | - |
| 6617 | V | 04/10/09 | VOID DURING PRINTING | $ | - |
| 6618 | | 04/10/09 | GB Management Systems, Inc | $ | 34,929 86 |
| 6618 | V | 04/10/09 | VOID DURING PRINTING | $ | - |
| 6619 | V | 04/10/09 | VOID DURING PRINTING | $ | - |
| 6621 | | 04/10/09 | Phoenix Personnel Inc | $ | 5,848 66 |
| 6622 | | 04/10/09 | Siemens Water Technologies Corp | $ | 1,248 95 |
| 99041009 | V | 04/10/09 | Tri-Delta Technology | $ | - |
| 99941009 | V | 04/10/09 | Besco Water Treatment Inc | $ | - |
| 6623 | | 04/13/09 | Rhoades Mckee | $ | 3,000 00 |
| 999041409 | | 04/14/09 | Consolidated Container Company LP | $ | 44,521 70 |
| 6624 | | 04/16/09 | A1 Label | $ | 13,519 99 |
| 6625 | | 04/16/09 | Ace Vending Service Inc | $ | 72 90 |
| 6626 | | 04/16/09 | Airgas Great Lakes | $ | 46 95 |
| 6627 | | 04/16/09 | Alliance Analytical Laboratories | $ | 1,930 00 |
| 6628 | | 04/16/09 | Citizens Insurance Company of America | $ | 2,410 37 |
| 6629 | | 04/16/09 | CONNEY SAFETY | $ | 64 90 |
| 6630 | V | 04/16/09 | Consolidated Container Company LP | $ | - |
| 6631 | | 04/16/09 | C H  ROBINSON WORLDWIDE INC | $ | 2,872 00 |
| 6632 | | 04/16/09 | Consumers Energy | $ | 11,608 55 |
| 6633 | | 04/16/09 | Custom Essence Inc | $ | 10,000 00 |
| 6634 | | 04/16/09 | Domino Amjet Inc | $ | 1,524 98 |
| 6635 | | 04/16/09 | Durrette Bradshaw PLC, Attorney's at Law | $ | 10,000 00 |
| 6636 | | 04/16/09 | Falcon Pallet | $ | 1,382 40 |
| 6637 | | 04/16/09 | FedEx | $ | 283 51 |
| 6638 | | 04/16/09 | Grand Rapids Press | $ | 731 84 |
| 6639 | | 04/16/09 | Huizen Locksmith | $ | 411 94 |
| 6640 | | 04/16/09 | Kamps Pallets | $ | 2,990 00 |
| 6641 | | 04/16/09 | Kent Rubber Supply Company | $ | 1,428 11 |
| 6642 | | 04/16/09 | Symrise Inc | $ | 10,600 00 |
| 6643 | | 04/16/09 | Matrix Packaging | $ | 59,983 59 |
| 6644 | | 04/16/09 | MED-1 Leonard | $ | 60 00 |
| 6645 | | 04/16/09 | MED-1 Breton | $ | 210 00 |
| 6646 | | 04/16/09 | Office Depot | $ | 334 35 |
| 6647 | | 04/16/09 | Oriental Aromatics Inc | $ | 13,109 00 |
| 6648 | | 04/16/09 | Professional Marketing | $ | 2,068 69 |
| 6649 | | 04/16/09 | Rehmann Robson Group | $ | 3,240 00 |
| 6650 | | 04/16/09 | S & S Tool Inc | $ | 932 40 |
| 6651 | | 04/16/09 | LCW/Sensient Cosmetic Technologies | $ | 1,437 66 |
| 6652 | | 04/16/09 | Shrink Pack Services | $ | 3,052 83 |
| 6653 | | 04/16/09 | Ship Pac Inc | $ | 1,585 36 |
| 6654 | | 04/16/09 | Ship-Pac Inc | $ | 1,521 12 |

## 3.b. Payments to Creditors

$                                              $  3,204,169.17  **Total**

### 3/9/2009 90 days prior

| Check/Wire # | | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|---|
| 6655 | | 04/16/09 | Siemens Water Technologies Corp | $ | 5,504 67 |
| 6656 | | 04/16/09 | Speed -Tech Equipment | $ | 200 00 |
| 6657 | | 04/16/09 | TDS Metrocom | $ | 529 57 |
| 6658 | | 04/16/09 | Technical Edge | $ | 1,981 25 |
| 6659 | | 04/16/09 | Total Quality, Inc | $ | 1,013 52 |
| 6660 | | 04/16/09 | UPS | $ | 89 58 |
| 6661 | | 04/16/09 | GB Management Systems, Inc | $ | 24,966 13 |
| 6662 | | 04/16/09 | GB Management Systems, Inc | $ | 10,337 69 |
| 6663 | | 04/16/09 | GB Management Systems, Inc | $ | 7 219 80 |
| 6666 | | 04/16/09 | Cognis Corporation | $ | 72 923 50 |
| 6667 | | 04/17/09 | Miller, Canfield, Paddock & Stone, PLC | $ | 7 602 54 |
| 6664 | | 04/20/09 | Blue Water Partners, LLC | $ | 2 500 00 |
| 6668 | | 04/20/09 | Rhoades Mckee | $ | 3,000 00 |
| 6669 | | 04/20/09 | GRAND BRANDS LLC | $ | 21,739 02 |
| 6670 | | 04/22/09 | Schenk Boncher & Rypma | $ | 40,000 00 |
| 6671 | | 04/22/09 | Alliance Analytical Laboratories | $ | 2,168 00 |
| 6672 | | 04/22/09 | Alpha Tech Services | $ | 250 00 |
| 6673 | | 04/22/09 | Armas Enterprises | $ | 606 37 |
| 6674 | | 04/22/09 | Besco Water Treatment Inc | $ | 556 35 |
| 6675 | | 04/22/09 | Brenntag Great Lakes, LLC | $ | 1,851 00 |
| 6676 | V | 04/22/09 | C H ROBINSON WORLDWIDE INC | $ | - |
| 6677 | | 04/22/09 | Consolidated Container Company LP | $ | 17,812 48 |
| 6678 | | 04/22/09 | DTE Energy | $ | 6,570 08 |
| 6679 | | 04/22/09 | Engineered Protection Systems | $ | 294 00 |
| 6680 | | 04/22/09 | Falcon Pallet | $ | 1,382 40 |
| 6681 | | 04/22/09 | FedEx | $ | 123 19 |
| 6682 | V | 04/22/09 | Gelock Heavy Movers | $ | - |
| 6683 | | 04/22/09 | Gourmet To Go | $ | 790 15 |
| 6684 | | 04/22/09 | Huntington National Bank | $ | 2,812 50 |
| 6685 | | 04/22/09 | Jamie Stackhouse | $ | 252 81 |
| 6686 | | 04/22/09 | Jessica Gaddis | $ | 164 75 |
| 6687 | | 04/22/09 | Kentwood Plbg & Htg , Inc | $ | 1,136 68 |
| 6688 | | 04/22/09 | MANPOWER | $ | 900 00 |
| 6689 | | 04/22/09 | McMaster Carr Supply Co | $ | 243 34 |
| 6690 | | 04/22/09 | Model Coverall | $ | 369 60 |
| 6691 | | 04/22/09 | The Proaction Group | $ | 10,000 00 |
| 6692 | | 04/22/09 | FIA Card Services | $ | 4,019 25 |
| 6693 | | 04/22/09 | Priority Health | $ | 8,926 99 |
| 6694 | | 04/22/09 | Elise Sellers | $ | 390 00 |
| 6695 | | 04/22/09 | Ship-Pac Inc | $ | 482 91 |
| 6696 | | 04/22/09 | Shrink Pack Services | $ | 1,555 20 |
| 6697 | | 04/22/09 | TEAM Packaging, Inc | $ | 4,201 60 |
| 6698 | | 04/22/09 | FIA Card Services | $ | 722 01 |
| 6699 | | 04/22/09 | FIA Card Services | $ | 3,516 30 |
| 6700 | | 04/22/09 | FIA Card Services | $ | 0 82 |
| 6701 | | 04/22/09 | UPS | $ | 26 23 |
| 6702 | | 04/22/09 | Verizon Wireless | $ | 506 93 |
| 6703 | | 04/22/09 | Young Chemicals | $ | 29,389 60 |
| 6704 | | 04/22/09 | GB Management Systems, Inc | $ | 18,581 30 |
| 6705 | | 04/22/09 | GB Management Systems, Inc | $ | 8,064 06 |
| 6706 | | 04/23/09 | Hope Network | $ | 12,182 08 |
| 6707 | | 04/23/09 | Hope Network | $ | 356 76 |
| 6708 | | 04/23/09 | Univar USA Inc | $ | 39,134 80 |
| 6709 | | 04/23/09 | Univar USA Inc | $ | 2,919 50 |
| 6710 | | 04/24/09 | William B Hunt | $ | 6,601 39 |

C \Documents and Settings\KHaisma\Local Settings\Temporary Internet Files\Content Outlook\GJ3915VK\Chapter 11 Statement of Affairs xls\3b Payments to creditors

6/23/2009   2 11 PM

# 3b Payments to creditors

## 3.b. Payments to Creditors

$ **3,204,169.17** Total

### 3/9/2009 90 days prior

| Check/Wire # | Chk Date | Payee | Check Amt |
|---|---|---|---|
| 6665 | 04/27/09 | Blue Water Partners, LLC | $ 2,500 00 |
| 6711 | 04/27/09 | Rhoades Mckee | $ 3,000 00 |
| 999042709 | V 04/27/09 | MILLER, JOHNSON, SNELL, CUMMISKEY | $ - |
| 6712 | 05/04/09 | Citizens Insurance Company of America | $ 1,411 80 |
| 6713 | 05/04/09 | GB Management Systems, Inc | $ 13,727 72 |
| 6714 | 05/04/09 | Gelock Heavy Movers | $ 1,000 00 |
| 6715 | 05/04/09 | KANE WAREHOUSE, INC | $ 14,446 55 |
| 6716 | 05/04/09 | MI Occupational Safety & Health Admin | $ 240 00 |
| 6717 | 05/04/09 | Premier Freight Management | $ 1,235 00 |
| 6718 | 05/04/09 | Rhoades Mckee | $ 3,000 00 |
| 6719 | 05/04/09 | Schenk Boncher & Rypma | $ 275 00 |
| 6720 | 05/04/09 | TEAM Packaging, Inc | $ 5,000 00 |
| 6721 | 05/04/09 | The Agile Group, Inc | $ 9,059 40 |
| 6722 | 05/04/09 | US Bank | $ 2,271 01 |
| 6723 | 05/08/09 | GB Management Systems, Inc | $ 24,588 84 |
| 6724 | 05/08/09 | Advance Packaging Corporation | $ 9,467 40 |
| 6725 | 05/08/09 | Alliance Analytical Laboratories | $ 2,920 00 |
| 6726 | 05/08/09 | Allied Waste Services | $ 1,106 73 |
| 6727 | 05/08/09 | Colonial  Supplemental Insurance | $ 404 38 |
| 6728 | 05/08/09 | Companion Life | $ 645 38 |
| 6729 | 05/08/09 | COLALENT WORKS, LP | $ 313 00 |
| 6730 | 05/08/09 | Falcon Pallet | $ 1,055 44 |
| 6731 | 05/08/09 | FedEx | $ 194 32 |
| 6732 | 05/08/09 | Gelock Heavy Movers | $ 1,000 00 |
| 6733 | 05/08/09 | Haviland Products Company | $ 774 00 |
| 6734 | 05/08/09 | Teri Heacock | $ 7,155 00 |
| 6735 | 05/08/09 | J Tech Sales L L C | $ 3,900 00 |
| 6736 | 05/08/09 | Jessica Gaddis | $ 148 34 |
| 6737 | 05/08/09 | Rebecca Miner | $ 5,675 00 |
| 6738 | 05/08/09 | Monet Graphics | $ 14,363 00 |
| 6739 | 05/08/09 | Kevin Nicholas | $ 411 91 |
| 6740 | 05/08/09 | Phoenix Personnel Inc | $ 11,210 74 |
| 6741 | 05/08/09 | Premier Freight Management | $ 7,944 60 |
| 6742 | 05/08/09 | Priority Health | $ 12,654 17 |
| 6743 | 05/08/09 | Siemens Water Technologies Corp | $ 1,199 07 |
| 6744 | 05/08/09 | SILVER BULLET BROKERAGE, LLC | $ 2,839 06 |
| 6745 | 05/08/09 | Oriental Aromatics Inc | $ 14,386 00 |
| 6746 | 05/08/09 | TEAM Packaging, Inc | $ 5,000 00 |
| 6747 | 05/08/09 | Technical Edge | $ 490 00 |
| 6748 | 05/08/09 | TIM HOUSE | $ 70 08 |
| 6749 | V 05/08/09 | Total Quality, Inc | $ - |
| 6750 | 05/08/09 | Univar USA Inc | $ 34,556 61 |
| 6751 | 05/08/09 | UPS | $ 50 36 |
| 6752 | 05/08/09 | YRC Yellow and Roadway | $ 264 62 |
| 6753 | 05/08/09 | Univar USA Inc | $ 1,367 69 |
| 6754 | 05/08/09 | Total Quality, Inc | $ 2,581 80 |
| 99950809 | 05/08/09 | Matrix Packaging | $ 8,150 98 |
| 999050809 | 05/08/09 | Matrix Packaging | $ 50,791 87 |
| 6755 | 05/11/09 | Univar USA Inc | $ 457 70 |
| 6756 | 05/12/09 | Rhoades Mckee | $ 3,000 00 |
| 6757 | 05/13/09 | Shrink Pack Services | $ 3,000 00 |
| 6758 | 05/14/09 | Advance Packaging Corporation | $ 3,786 69 |
| 6759 | 05/14/09 | Besco Water Treatment Inc | $ 554 40 |
| 6760 | 05/14/09 | Bond Fluidaire, Inc | $ 761 58 |
| 6761 | 05/14/09 | Brenntag Great Lakes, LLC | $ 2,000 00 |

# 3b Payments to creditors

## 3.b. Payments to Creditors

$ 3,204,169.17 Total

### 3/9/2009 90 days prior

| Check/Wire # | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|
| 6762 | 05/14/09 | Bruce Houseman | $ | 51 68 |
| 6763 | 05/14/09 | Grand Rapids City Treasurer | $ | 1,134 55 |
| 6764 | 05/14/09 | Durrette Bradshaw PLC, Attorney's at Law | $ | 10,000 00 |
| 6765 | 05/14/09 | Empire - Emco Inc | $ | 16,515 28 |
| 6766 | 05/14/09 | Gelock Heavy Movers | $ | 1,080 00 |
| 6767 | 05/14/09 | Godwin Plumbing | $ | 67 50 |
| 6768 | 05/14/09 | GRAND BRANDS LLC | $ | 11,419 12 |
| 6769 | 05/14/09 | Jessica Gaddis | $ | 102 33 |
| 6770 | 05/14/09 | Kamps Pallets | $ | 2,990 00 |
| 6771 | 05/14/09 | Symrise Inc | $ | 10,600 00 |
| 6772 | 05/14/09 | MED-1 Leonard | $ | 60 00 |
| 6773 | 05/14/09 | MED-1 Breton | $ | 183 00 |
| 6774 | 05/14/09 | Northen Label Group Inc | $ | 5,855 00 |
| 6775 | 05/14/09 | Premier Freight Management | $ | 5,598 10 |
| 6776 | 05/14/09 | Rehmann Robson Group | $ | 4,050 00 |
| 6777 | 05/14/09 | Rexam Plastics Services Co | $ | 8,000 00 |
| 6778 | 05/14/09 | Elise Sellers | $ | 390 00 |
| 6779 | 05/14/09 | LCW/Sensient Cosmetic Technologies | $ | 2,613 69 |
| 6780 | 05/14/09 | JD Factors Corporation | $ | 695 00 |
| 6781 | 05/14/09 | Temple- Inland | $ | 20,000 00 |
| 6782 | 05/14/09 | Total Quality, Inc | $ | 5,890 55 |
| 6783 | 05/14/09 | Univar USA Inc | $ | 34,432 83 |
| 6784 | 05/14/09 | GB Management Systems, Inc | $ | 13,351 66 |
| 6785 | 05/14/09 | GB Management Systems, Inc | $ | 14,840 91 |
| 6786 | 05/14/09 | GKP Packaging Inc | $ | 340 19 |
| 6787 | 05/15/09 | Larry Davis | $ | 78 53 |
| 6788 | 05/15/09 | Schenk Boncher & Rypma | $ | 25,000 00 |
| 6789 | 05/18/09 | Rhoades Mckee | $ | 3,000 00 |
| 6790 | V 05/19/09 | TRANSPORTATION SOLUTIONS GROUP  LLC | $ | - |
| 6791 | V 05/19/09 | TRANSPORTATION SOLUTIONS GROUP, LLC | $ | - |
| 6792 | 05/22/09 | Active Organics,, LP | $ | 416 90 |
| 6793 | 05/22/09 | Grand Rapids City Treasurer | $ | 48 39 |
| 6794 | 05/22/09 | Consumers Energy | $ | 10,441 70 |
| 6795 | 05/22/09 | DTE Energy | $ | 5,716 80 |
| 6796 | 05/22/09 | Engineered Protection Systems | $ | 424 00 |
| 6797 | 05/22/09 | Excel Office Interiors | $ | 329 00 |
| 6798 | 05/22/09 | Fastenal | $ | 408 03 |
| 6799 | 05/22/09 | FCI Automation | $ | 104 76 |
| 6800 | 05/22/09 | FedEx | $ | 209 41 |
| 6801 | 05/22/09 | Feyen Zylstra Incorporated | $ | 620 80 |
| 6802 | 05/22/09 | Huizen Locksmith | $ | 587 00 |
| 6803 | 05/22/09 | Kamps Pallets | $ | 2,730 00 |
| 6804 | 05/22/09 | Kendall Electric Co | $ | 1,063 84 |
| 6805 | 05/22/09 | Kent Rubber Supply Company | $ | 684 80 |
| 6806 | 05/22/09 | McMaster Carr Supply Co | $ | 701 70 |
| 6807 | 05/22/09 | MDS of Michigan Inc | $ | 817 58 |
| 6808 | 05/22/09 | Monet Graphics | $ | 6,000 00 |
| 6809 | 05/22/09 | Morrison Industrial Equipment Co | $ | 915 11 |
| 6810 | 05/22/09 | NATIONWIDE EQUIPMENT TRANSPORTATION | $ | 657 30 |
| 6811 | 05/22/09 | New Century Transportation, Inc | $ | 106 50 |
| 6812 | 05/22/09 | Office Depot | $ | 195 77 |
| 6813 | 05/22/09 | FIA Card Services | $ | 2,216 36 |
| 6814 | 05/22/09 | Premier Freight Management | $ | 5,149 00 |
| 6815 | 05/22/09 | Professional Marketing | $ | 5,500 00 |
| 6816 | 05/22/09 | S & S Tool Inc | $ | 818 00 |

3b Payments to creditors
Case:09-06914-jrh Doc #:66 Filed: 07/28/09 Page 17 of 23
9 of 10

**3.b. Payments to Creditors**

$ 3,204,169.17 Total

### 3/9/2009 90 days prior

| Check/Wire # | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|
| 6817 | 05/22/09 | Schupan Aluminum & Plastic Sales | $ | 706 40 |
| 6818 | 05/22/09 | Speed -Tech Equiptment | $ | 200 00 |
| 6819 | 05/22/09 | Standard Electric Company | $ | 24 73 |
| 6820 | 05/22/09 | JD Factors Corporation | $ | 695 00 |
| 6821 | 05/22/09 | TDS Metrocom | $ | 870 77 |
| 6822 | 05/22/09 | Total Quality, Inc | $ | 8,190 82 |
| 6823 | 05/22/09 | ULINE | $ | 485 83 |
| 6824 | 05/22/09 | SILVER BULLET BROKERAGE, LLC | $ | 800 00 |
| 6825 | 05/22/09 | FIA Card Services | $ | 3,987 61 |
| 6826 | 05/22/09 | GB Management Systems, Inc | $ | 29,571 45 |
| 6827 | 05/22/09 | William Stockton | $ | 773 29 |
| 6828 | 05/22/09 | Ship Pac Inc | $ | 3,421 37 |
| 6829 | 05/22/09 | Ship-Pac Inc | $ | 1,668 80 |
| 999052209 | 05/22/09 | KANE WAREHOUSE, INC | $ | 21 776 00 |
| 6830 | 05/26/09 | Rhoades Mckee | $ | 3,000 00 |
| 6831 | 05/26/09 | Shrink Pack Services | $ | 1,998 56 |
| 999052709 | 05/27/09 | THE HUNTINGTON NATIONAL BANK | $ | 5,300 00 |
| 999052809 | V 05/28/09 | VOID DURING PRINTING | $ | - |
| 999052810 | V 05/28/09 | VOID DURING PRINTING | $ | - |
| 999052811 | V 05/28/09 | VOID DURING PRINTING | $ | - |
| 999052812 | V 05/28/09 | VOID DURING PRINTING | $ | - |
| 999052813 | V 05/28/09 | VOID DURING PRINTING | $ | - |
| 999052814 | V 05/28/09 | VOID DURING PRINTING | $ | - |
| 999052815 | V 05/28/09 | TRANSPORTATION SOLUTIONS GROUP, LLC | $ | - |
| 6832 | 05/29/09 | Shrink Pack Services | $ | 3,787 20 |
| 6833 | V 05/29/09 | Nantz, Litowich, Smith, Girard, Hamilton | $ | - |
| 6834 | 05/29/09 | Advance Packaging Corporation | $ | 3,446 93 |
| 6835 | 05/29/09 | William B Hunt | $ | 55 35 |
| 6836 | 05/29/09 | Citizens Insurance Company of America | $ | 1,411 80 |
| 6837 | 05/29/09 | COLALENT WORKS, LP | $ | 373 45 |
| 6838 | 05/29/09 | David & Wierenga PC | $ | 938 36 |
| 6839 | 05/29/09 | Empire - Emco Inc | $ | 10,944 22 |
| 6840 | 05/29/09 | Jessica Gaddis | $ | 262 14 |
| 6841 | 05/29/09 | Kamps Pallets | $ | 2,371 14 |
| 6842 | 05/29/09 | Madras Packaging | $ | 5,279 90 |
| 6843 | 05/29/09 | Monet Graphics | $ | 3,537 08 |
| 6844 | 05/29/09 | Kevin Nicholas | $ | 55 92 |
| 6845 | 05/29/09 | Oriental Aromatics Inc | $ | 17,988 43 |
| 6846 | 05/29/09 | Price Heneveld, Cooper, Dewitt & Litton, | $ | 1,865 00 |
| 6847 | 05/29/09 | Priority Health | $ | 7,988 69 |
| 6848 | 05/29/09 | Rehmann Robson Group | $ | 4,662 00 |
| 6849 | 05/29/09 | S & S Tool Inc | $ | 3,101 00 |
| 6850 | 05/29/09 | Schenk Boncher & Rypma | $ | 58,032 24 |
| 6851 | V 05/29/09 | Silgan Plastic Corporation | $ | - |
| 6852 | 05/29/09 | Stepan Company | $ | 32,036 00 |
| 6853 | 05/29/09 | Stephen A Hilger, PC | $ | 1,247 00 |
| 6854 | 05/29/09 | Technical Edge | $ | 2,391 19 |
| 6855 | 05/29/09 | Terpstra Photography | $ | 3,862 50 |
| 6856 | 05/29/09 | The Agile Group, Inc | $ | 20,170 94 |
| 6857 | 05/29/09 | Univar USA Inc | $ | 10,378 34 |
| 6858 | 05/29/09 | Verizon Wireless | $ | 493 66 |
| 6859 | 06/01/09 | Elise Sellers | $ | 780 00 |
| 6860 | 06/01/09 | William B Hunt | $ | 3,439 98 |
| 6861 | 06/03/09 | Grand Rapids City Treasurer | $ | 1,287 22 |
| 6862 | 06/03/09 | City of Kentwood Treasurer | $ | 100 00 |

**3.b. Payments to Creditors**

$ **3,204,169.17** Total

### 3/9/2009 90 days prior

| Check/Wire # | | Chk Date | Payee | | Check Amt |
|---|---|---|---|---|---|
| 6863 | | 06/03/09 | Companion Life | $ | 546 40 |
| 6864 | V | 06/03/09 | Fram Group | $ | - |
| 6865 | | 06/03/09 | GRAND BRANDS LLC | $ | 6,017 33 |
| 6866 | V | 06/03/09 | Madras Packaging | $ | - |
| 6867 | | 06/03/09 | City of Kentwood Treasurer | $ | 200 00 |
| 6868 | | 06/03/09 | Method Design, Inc | $ | 2,267 50 |
| 6869 | | 06/03/09 | Rehmann Robson Group | $ | 1,750 00 |
| 6870 | | 06/03/09 | Elise Sellers | $ | 390 00 |
| 6871 | V | 06/03/09 | Silgan Plastic Corporation | $ | - |
| 6872 | V | 06/03/09 | Stepan Company | $ | - |
| 6873 | | 06/03/09 | City of Kentwood Treasurer | $ | 1,000 00 |
| 6874 | | 06/04/09 | Changeover Intergration Inc | $ | 7,823 15 |
| 99060401 | | 06/04/09 | Young Chemicals | $ | 28,969 43 |
| 99060409 | V | 06/04/09 | Foundation for Strategic Sourcing | $ | - |
| 99060410 | V | 06/04/09 | Grand Rapids Area Chamber of Commerce | $ | - |
| 99060411 | V | 06/04/09 | Personal Care Products Council | $ | - |
| 99060501 | | 06/05/09 | Stepan Company | $ | 48,330 40 |
| 99060502 | | 06/05/09 | Silgan Plastic Corporation | $ | 46,954 87 |
| 99060503 | | 06/05/09 | Madras Packaging | $ | 15,839 70 |
| 99060504 | | 06/05/09 | Fram Group | $ | 10,445 00 |
| 99060801 | | 06/08/09 | SILVER BULLET BROKERAGE, LLC | $ | 44,000 00 |
| 99060802 | | 06/08/09 | Nantz, Litowich, Smith, Girard, Hamilton | $ | 26,039 00 |
| 99060803 | | 06/08/09 | Silgan Plastic Corporation | $ | 18,986 87 |
| 99060804 | | 06/08/09 | KANE WAREHOUSE, INC | $ | 4,810 45 |
| 6875 | V | 06/08/09 | VOID DURING PRINTING | $ | - |
| 6876 | V | 06/08/09 | Shrink Pack Services | $ | - |
| 6877 | V | 06/08/09 | VOID DURING PRINTING | $ | - |
| 6878 | | 06/08/09 | Shrink Pack Services | $ | 16,177 92 |

Total $ **3,204,169.17**

# ATTACHMENT 3(C) TO
# STATEMENT OF FINANCIAL AFFAIRS

## 3.c. Payments to creditors

**6/8/2008**

**1 year prior**

| Check # | Chk Date | Check Amt |
|---------|----------|-----------|

**Vendor #: BILLHUNT (Bill Hunt)**

| Check # | Chk Date | Check Amt |
|---------|----------|-----------|
| 5385 | 08/27/08 | $ 4,525 35 |
| 5487 | 10/15/08 | $ 4,403 43 |
| 5521 | 11/14/08 | $ 5,815 52 |
| 5666 | 01/09/09 | $ 8,304 40 |
| 5925 | 02/10/09 | $ 11,017 59 |
| 6331 | 03/05/09 | $ 4,330 55 |
| 6580 | 04/07/09 | $ 2,156 07 |
| 6710 | 04/24/09 | $ 6,601 39 |
| 6835 | 05/29/09 | $ 55 35 |
| 6860 | 06/01/09 | $ 3,439 98 |
|  |  | **$ 50,649.63** |

**Vendor #: SUEHUNT (Sue Hunt)**

| Check # | Chk Date | Check Amt |
|---------|----------|-----------|
| 5093 | 06/06/08 | $ 121 82 |
| 5183 | 07/11/08 | $ 3,222 90 |
| 5284 | 08/01/08 | $ 3,226 23 |
|  |  | **$ 6,570.95** |

**Vendor #: GRANDBRANS (GRAND BRANDS LLC)**

| Check # | Chk Date | Check Amt |
|---------|----------|-----------|
| 5986 | 02/17/09 | 100,000 00 |
| 6385 | 03/05/09 | 100,000 00 |
| 6432 | 03/16/09 | 100,000 00 |
| 6482 | 03/23/09 | 17,787 13 |
| 6526 | 03/30/09 | 118,000 00 |
| 6669 | 04/20/09 | 21,739 02 |
| 6768 | 05/14/09 | 11,419 12 |
| 6865 | 06/03/09 | 6,017 33 |
|  |  | **474,962.60** |

No checks were written on the general account to WB Hunt Corp or Surefil Properties in the prior year.

### 3c Payments to insiders

## Payments funded through Flex Checks (payroll service)

| Payroll Funding Date | Bill Hunt | WB Hunt Corp | wife Sue Hunt | brother-in-law Mark Creswell | sister-in-law Janice Rietema | daughter Meaghan Hunt |
|---|---|---|---|---|---|---|
| 6/6/2008 | over 1 year prior to June 8, 2009 | | | over 1 year prior to June 8, 2009 | | |
| 6/20/2008 | $ - | $ 10,721.11 | $ - | $ 1,288.82 | $ 1,218.75 | $ - |
| 7/3/2008 | $ - | $ 9,871.11 | $ - | $ 1,478.78 | $ 1,336.88 | $ - |
| 7/18/2008 | $ - | $ 10,721.11 | $ - | $ 1,350.09 | $ 1,378.00 | $ - |
| 8/1/2008 | $ - | $ 9,871.11 | $ - | $ 1,288.82 | $ 1,244.00 | $ - |
| 8/15/2008 | $ - | $ 9,871.11 | $ - | $ 1,037.59 | $ 1,260.00 | $ 266.25 |
| 8/29/2008 | $ - | $ - | $ - | $ 1,258.18 | $ 1,220.00 | $ 298.13 |
| 9/12/2008 | $ - | $ 9,871.11 | $ - | $ 1,209.16 | $ 1,652.00 | $ - |
| 9/26/2008 | $ - | $ 10,721.11 | $ - | $ 1,235.71 | $ 1,144.00 | $ - |
| 10/10/2008 | $ - | $ 9,871.11 | $ - | $ 1,107.04 | $ - | $ - |
| 10/24/2008 | $ - | $ 10,721.11 | $ - | $ 1,194.86 | $ - | $ - |
| 11/7/2008 | $ - | $ 9,871.11 | $ - | $ 1,335.80 | $ - | $ - |
| 11/21/2008 | $ - | $ 10,721.11 | $ - | $ 739.39 | $ - | $ - |
| 12/5/2008 | $ - | $ 9,871.11 | $ - | $ 849.68 | $ - | $ - |
| 12/19/2008 | $ - | $ 10,721.11 | $ - | $ 1,092.74 | $ - | $ - |
| 1/2/2009 | $ - | $ 9,871.11 | $ - | $ 1,793.32 | $ 56.00 | $ - |
| 1/16/2009 | $ - | $ 9,871.11 | $ 3,269.23 | $ 2,473.47 | $ 320.00 | $ - |
| 1/30/2009 | $ - | $ - | $ 3,269.23 | $ 2,655.25 | $ - | $ - |
| 2/13/2009 | $ - | $ 9,871.11 | $ 3,269.23 | $ 2,410.15 | $ - | $ - |
| 2/27/2009 | $ - | $ 10,721.11 | $ 3,269.23 | $ 2,777.80 | $ - | $ - |
| 3/13/2009 | $ - | $ 9,871.11 | $ 3,269.23 | $ 1,527.79 | $ 45.00 | $ - |
| 3/27/2009 | $ - | $ 10,721.11 | $ 3,269.23 | $ 1,589.07 | $ - | $ - |
| 4/10/2009 | $ - | $ 9,871.11 | $ 3,269.23 | $ 1,374.60 | $ - | $ - |
| 4/24/2009 | $ - | $ 10,721.10 | $ 3,269.23 | $ 1,331.71 | $ - | $ - |
| 5/8/2009 | $ - | $ 9,871.11 | $ 3,269.23 | $ 923.21 | $ - | $ - |
| 5/22/2009 | $ - | $ 10,721.10 | $ 3,269.23 | $ 1,325.58 | $ - | $ - |
| 6/5/2009 | $ - | $ 9,871.11 | $ 3,269.23 | $ 1,337.84 | $ - | $ - |
| 6/19/2009 | not yet available | | | not yet available | | |
| **Total** | $ - | $ 245,406.62 | $35,961.53 | $ 37,986.45 | $ 10,874.63 | $ 564.38 |

*Mark Creswell hourly rate is $16.34*
*Janice Rietema hourly rate: $16 7-17-08 thru 1-2-09; $20 for 1-16-09; $15 for 3-13-09 & 7-3-08 & 6-20-08*
*Meaghan Hunt hourly rate is $15*

C:\Documents and Settings\KHaisma\Local Settings\Temporary Internet Files\Content.Outlook\GJ3915VK\Chapter 11 Statement of Affairs.xls\3c Payments to insiders

6/23/2009  2:12 PM

**ATTACHMENT 14 TO**
**STATEMENT OF FINANCIAL AFFAIRS**

## 14 Propery held for Viva

| 05/12/09 | | Line 4 Project Activity |
|---|---|---|

| Item | Date | Amount | Item | Source | Paid |
|---|---|---|---|---|---|
| A | 03/03/09 | $121,605.00 | Epak Filler Capper | SF PO#102996 | $60,802.50 |
| | | | | E-Pak invoice # 22323 | |
| | | | | Glenn Jones | |
| | | Balance due  $60,802.50 | | (800) 328-0466 | |

| | | | | | |
|---|---|---|---|---|---|
| C | 02/10/09 | $2,200.00 | NEDCO Bottle Trransporter | Bid-On-Equipment | $2,885.00 |
| | | $220.00 | DC Motor Controller installed | Invoice # 3357 | |
| | | $465.00 | | Lauren Wilton | |
| | | $2,885.00 | | 847-854-8577 | |

| | | | | | |
|---|---|---|---|---|---|
| D | 02/12/09 | $15,300.00 | New England Unscrambler | Bid-On-Equipment | |
| | | $1,530.00 | | Invoice # 3368 | |
| | | $535.00 | | Lauren Wilton | |
| | | $17,365.00 | | 847-854-8577 | $17,365.00 |

| | | | | | |
|---|---|---|---|---|---|
| E | 02/17/09 | $4,500.00 | Accumalation Table | Bid-On-Equipment | |
| | | $450.00 | Arrowhead Bi-flow 42X138 | Invoice # 3384 | |
| | | $4,950.00 | Lauren Wilton | 847-854-8577 | $4,950.00 |

| | | | | | |
|---|---|---|---|---|---|
| F | 03/12/09 | $2,500.00 | Accumalation Table | Bid-On-Equipment | |
| | | $250.00 | Stainless Steel Conveyor | Inoice # 3493 | |
| | | $650.00 | 10X41/2 | Lauren Wilton | $3,400.00 |
| | | $3,400.00 | | 847-854-8577 | |

| | | | | | |
|---|---|---|---|---|---|
| G | | | | | |
| | | $8,063.14 | Case Taper | Lauren Wilton | $8,063.14 |
| | | $6,000.00 | 5000 gal tank | 847-854-8577 | $13,180.00 |

| TOTAL | | | | TOTAL Paid | $110,645.64 |
|---|---|---|---|---|---|

C:\Documents and Settings\KHaisma\Local Settings\Temporary Internet Files\Content.Outlook\GJ3915VK\Chapter 11 Statement of Affairs.xls\14 Propery held for Viva

6/23/2009  2:13 PM