# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Surefil, LLC, a Michigan Limited Liability Company*

Case No. *09-06914-jrh*
Chapter **11**

_____ / Debtor

# SUMMARY OF SCHEDULES
## Amended 08/25/2009

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 0 | $ 0.00 | | |
| B-Personal Property | Yes | 0 | $ 5,117,687.08 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 0 | | $ 11,600,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 0 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 7,883,931.04 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 0 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 10 | $ 5,117,687.08 | $ 19,483,931.04 | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Surefil, LLC, a Michigan Limited Liability Company*

Case No. *09-06914-jrh*
Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Surefil, LLC, a Michigan Limited Liability Company*     Case No. *09-06914-jrh*
_____
                          Debtor                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended 08/25/2009

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *W B Hunt Corp.*_____, *Manager*_____ of the *Corporation*_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    *11*__ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.


Date: *8/25/2009*_____            Signature */s/ W B Hunt Corp.*_____
                                        Name: *W B Hunt Corp.*
                                        Title: *Manager*


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6F (Official Form 6F) (12/07)

In re _Surefil, LLC_ ,                    Case No _09-06914-jrh_
                **Debtor(s)**                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 08/25/2009

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian " Do not disclose the child's name  See, 11 U S C  §112 and Fed   R  Bankr  P  1007(m)  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three  columns )

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules  Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 1<br>Applied Industrial Technologie<br>22510 Network Place<br>Chicago IL 60673-1225 | | | | | | | $ 339.17 |
| Account No<br>Creditor # : 2<br>Armas Enterprises<br>P.O. Box 366663<br>San Juan PR 00936-6663 | | | | | | | $ 606.37 |
| Account No<br>Creditor # : 3<br>Blue Water Partners, LLC<br>146 Monroe Center, N.W.<br>Suite 701<br>Grand Rapids MI 49503 | | | | | | | $ 5,442.50 |
| Account No<br>Creditor # : 4<br>Colonial Life<br>Processing Center<br>P.O. Box 1365<br>Columbia SC 29202-1365 | | | | | | | $ 313.72 |

_5_ continuation sheets attached                         Subtotal $  | $ 6,701.76

Total $ |
(Use only on last page of the completed Schedule F  Report also on Summary of Schedules
and  if applicable  on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Surefil, LLC_ _____ ,    Case No _09-06914-jrh_____
**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 08/25/2009
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 5<br>Companion Life<br>P.O. Box 100102<br>Columbia SC 29202-1365 | | | | | | | $ 546.40 |
| Account No<br>Creditor # : 6<br>David & Wierenga, P.C.<br>50 Monroe, N.W.<br>Suite 720W<br>Grand Rapids MI 49503 | | | Legal Services | | | | $ 215.00 |
| Account No<br>Creditor # : 7<br>DTE Energy<br>P.O. Box 740786<br>Cincinnati OH 45274-0786 | | | Gas Bill | | | | $ 3,571.13 |
| Account No<br>Creditor # : 8<br>E-Pak Machinery<br>1535 South State Road 39<br>La Porte IN 46350 | | | | | | | $ 60,802.50 |
| Account No<br>Creditor # : 9<br>FiA Card Services Platinum Plu<br>P.O. Box 15710<br>Wilmington DE 19886-5710 | | | | | | | $ 136.16 |
| Account No<br>Creditor # : 10<br>Flex Checks, Inc.<br>2030 Leonard, N.W.<br>Grand Rapids MI 49514-1215 | | | | | | | $ 1,131.00 |

Sheet No   _1_ of   _5_ continuation sheets attached to Schedule of     Subtotal $        $ 66,402.19
Creditors Holding Unsecured Nonpriority Claims                          Total $
(Use only on last page of the completed Schedule F  Report also on Summary of Schedules
and, if applicable  on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Surefil, LLC_ _____ ,          Case No _09-06914-jrh_____

                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 08/25/2009

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No | | | | | | | $ 1,547.00 |
| Creditor # : 11 Grand Rapids Press Dept. 77571 P.O. Box 77000 Detroit MI 48277-0571 | | | | | | | |
| Account No | | | | | | | $ 2,267.50 |
| Creditor # : 12 Method Design, Inc. 1145 Lake Grove Avenue Grand Rapids MI 49506 | | | | | | | |
| Account No | | | | | | | $ 593.00 |
| Creditor # : 13 Mettler Toledo Thornton 23668 Network Place Chicago IL 60673-1236 | | | | | | | |
| Account No | | | | | | | $ 800.00 |
| Creditor # : 14 Naylor, LLC P.O. Box 847865 Dallas TX 75284-7865 | | | | | | | |
| Account No | | | | | | | $ 20,232.60 |
| Creditor # : 15 Pilot Chemical Company 2744 E. Kemper Cincinnati OH 45241 | | | | | | | |
| Account No    2560-00-00 | | | | | | | $ 525,000.08 |
| Creditor # : 16 Porteous, David | | | Loan Payable | | | | |

Sheet No __2__ of ____5__ continuation sheets attached to Schedule of          **Subtotal $** | $ 550,440.18

Creditors Holding Unsecured Nonpriority Claims                              **Total $** |

(Use only on last page of the completed Schedule F  Report also on Summary of Schedules and  if applicable  on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Surefil, LLC_____ ,    Case No _09-06914-jrh_____

Debtor(s)    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 08/25/2009

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No | | | | | | X | $ 1,018,000.00 |
| Creditor # : 17 _Process Results, Inc._ _201 South Ann Arbor St._ _Saline MI 48176-1303_ | | | Construction Services Subject to Litigation | | | | |
| Account No | | | | | | X | $ 155,989.52 |
| Creditor # : 18 _Prosys, LLC_ _201 South Ann Arbor St._ _Saline MI 48176-1303_ | | | Construction Services Subject to Litigation | | | | |
| Account No | | | | | | | $ 1,596.07 |
| Creditor # : 19 _R&L Carriers, Inc._ _P.O. Box 713153_ _Columbus OH 43271-3153_ | | | | | | | |
| Account No     2540-00-00 | | | | | | | $ 1,100,000.00 |
| Creditor # : 20 _R. Creswell Trust_ _4319 Valleyside Court, NE_ _Grand Rapids MI 49525_ | | | Loan Payable | | | | |
| Account No | | | | | | | $ 10,422.00 |
| Creditor # : 21 _Rehman Robson Group_ _5800 Gratiot_ _Saginaw MI 48605_ | | | | | | | |
| Account No     2530-00 | | | | | | | $ 550,000.00 |
| Creditor # : 22 _RT Groos, LLC_ _161 Ottawa, NW, Suite 502_ _Grand Rapids MI 49503_ | | | Loan Payable | | | | |

Sheet No ___3__ of _____5 continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,836,007.59

Total $

(Use only on last page of the completed Schedule F  Report also on Summary of Schedules and  if applicable  on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Surefil, LLC_ _____ ,   Case No _09-06914-jrh_____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 08/25/2009

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No | | | | | | X | $ 17,165.78 |
| Creditor # : 23 Rush Creek Excavating & Const. 7848 Meadowood Drive Hudsonville MI 49426 | | | Subject to Litigation | | | | |
| Account No | | | | | | | $ 307.00 |
| Creditor # : 24 S&S Tool, Inc. 1310 Taylor, N.E. Grand Rapids MI 49505 | | | | | | | |
| Account No | | | | | | | $ 6,889.83 |
| Creditor # : 25 Schenk, Boncher & Rypma 601 Three Mile Road, N.W. Suite A Grand Rapids MI 49544-1601 | | | Legal Services | | | | |
| Account No | | | | | | | $ 624.92 |
| Creditor # : 26 TDS Metrocom P.O. Box 94510 Palatine IL 60094-4510 | | | | | | | |
| Account No     2545-00 | | | | | | | $ 550,000.00 |
| Creditor # : 27 Valleyside Investment 4319 Valleyside Court, NE Grand Rapids MI 49525 | | | Loan Payable | | | | |
| Account No | | | | | | | $ 420.69 |
| Creditor # : 28 Verizon Wireless P.O. Box 15062 Albany NY 12212-5062 | | | Cellular Telephone | | | | |

Sheet No __4__ of ___5__ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 575,408.22

Total $

(Use only on last page of the completed Schedule F Report also on Summary of Schedules and if applicable on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Surefil, LLC_____ ,    Case No. _09-06914-jrh_____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 08/25/2009
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No<br>Creditor # : 29<br>Vierson Boiler Repair<br>3700 Patterson Avenue, S.E.<br>Grand Rapids MI 49512 | | | | | | | $ 2,451.09 |
| Account No<br>Creditor # : 30<br>VIVA Beverages, Inc.<br>Attn: Manager<br>27777 Franklin Road, Ste 1640<br>Southfield MI 48034 | | | 2/2009<br>Loan | | | | $ 110,645.64 |
| Account No      2550-00<br>Creditor # : 31<br>WB Hunt<br>1959 San Lue Rae, SE<br>Grand Rapids MI 49506 | | | Loan Payable | | | | $ 225,000.00 |
| Account No      2551-00-00<br>Creditor # : 32<br>WB Hunt 2008<br>1959 San Lue Rae, SE<br>Grand Rapids MI 49506 | | | Loan Payable | | | | $ 1,096,095.60 |
| Account No | | | | | | | |
| Account No | | | | | | | |

Sheet No. _5_ of ____5 continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 1,434,192.33 |
| **Total $**<br>(Use only on last page of the completed Schedule F  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 5,469,152.27 |

In re *Surefil, LLC* _____ / Debtor    Case No. *09-06914-jrh* _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## Amended 08/25/2009

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Grand Brands, LLC* <br> *4518 Danvers Drive, S.E.* <br> *Grand Rapids MI  49512* | Contract Type: *Intellectual Property License Agreement* <br> Terms: *Indefinite* <br> Beginning date: *1/2/2009* <br> Debtor's Interest: *Licensee* <br> Description: *Property License Agreement* <br><br> Buyout Option: |
| *REF Leasing Co.* <br> *9377 W. Grand Ave.* <br> *Franklin Park IL  60131* | Contract Type: *Equipment Rental Lease* <br> Terms: *$2,100 per month* <br> Beginning date: *5/22/2009* <br> Debtor's Interest: *Lessee* <br> Description: *1 - R23041 Axon EZ100 Capper 80738* <br>            *2 - 5E7318 OAL Associates CST-4/6/36-6 Shrink* <br> Buyout Option: *Total purchase amount less 25% of rental* |
| *Surefil Properties, LLC* <br> *4560 Danvers Drive* <br> *Grand Rapids MI  49512* | Contract Type: *Rental Lease Agreement* <br> Terms: *$35,160 for 69 months* <br> Beginning date: *3/15/2006* <br> Debtor's Interest: *Lessee* <br> Description: *Lease and rental of 4560 Danvers, S.E., Grand* <br>          *Rapids, MI  49512* <br> Buyout Option: |
| *The Huntington National Bank* <br> *105 East Fourth* <br> *Cincinnati OH  45202* | Contract Type: *Equipment Lease* <br> Terms: <br> Beginning date: <br> Debtor's Interest: *Lessee* <br> Description: *Lease of various items of equipment* <br><br> Buyout Option: |
| *US Bancorp. Business Equipment* <br> *1310 Madrid Street, Suite 101* <br> *Marshall MN  56258* | Contract Type: *Equipment Rental Lease* <br> Terms: *48 Monthly payments of $459.90* <br> Beginning date: *1/5/2007* <br> Debtor's Interest: *Lessee* <br> Description: *Canon 3380; Color Copier/Printer; Fax Board;* <br>          *Cassette Feeding Unit; Finisher 21* <br> Buyout Option: |

Page <u> 1 </u> of <u> 2 </u>

In re *Surefil, LLC* _____ / Debtor     Case No. *09-06914-jrh* _____
                                                                                          (if known)

## SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## Amended 08/25/2009

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *VIVA Beverages, LLC*<br>*27777 Franklin Rd., Suite 2500*<br>*Southfield MI    48034* | Contract Type: *Manufacturing and Supply Agreement*<br>Terms: *Termination Date 09/18/2010, subject to extension*<br>Beginning date: *8/21/2008*<br>Debtor's Interest: *Manufacturer*<br>Description: *Contract to manufacture all of VIVA's requirements of energy drinks*<br>Buyout Option: *N/A* |