UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Case No. HG 09-06914

SUREFIL, LLC,

Debtor.
_____/

### ORDER RE: ACMA USA, INC.'S OCTOBER 16, 2009 MOTION

At a session of said Court of Bankruptcy, held in and for said district on _____NOV - 2 2009_____.

PRESENT:   HONORABLE JEFFREY R. HUGHES
           United States Bankruptcy Judge

On October 29, 2009, this court heard the October 16, 2009 motion filed by ACMA USA, Inc. ("ACMA") entitled "Motion For Relief From Automatic Stay." After discussion among the parties and the court, ACMA determined that it would withdraw its pending motion for relief from stay and that it will instead commence an adversary proceeding against the bankruptcy estate in order to get a determination from this court as to the respective ownership interests of ACMA, the bankruptcy estate, and The Huntington National Bank in the machines described in ACMA's October 16, 2009 motion.

Therefore, for the reasons stated, ACMA's October 16, 2009 motion is denied without prejudice.

_____  11/2/05
Hon. Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been returned to **Michael Almassian, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.