Form OJRH21 (09/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Surefil, LLC**<br>4560 Danvers Drive, S.E.<br>Grand Rapids, MI 49512<br>Tax ID: 20–3592443<br><br><div align="right">**Debtor(s)**</div> | **Case Number 09–06914–jrh**<br><br>**Chapter 11**<br><br>**Honorable Jeffrey R. Hughes** |

# ORDER RE: DEBTOR(S) APRIL 26, 2010 APPLICATION

At a session of said Court of Bankruptcy, held in and for said district on  May 4, 2010 .

PRESENT: Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

On April 26, 2010 , the Debtor filed a document entitled " Debtors' Application For an Order Authorizing Employment of Delta Equity Advisors, LLC to Provide Financial Advisory Services to the Debtors and the Debtors–in–Possession ." The United States Trustee has not objected to the employment.

Debtor's employment of Delta Equity Advisors, LLC on behalf of the bankruptcy estate is APPROVED.

**Dated:** May 4, 2010

/S/_____
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been returned to **Harold E. Nelson , Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.