

EQUITY ADVISORS LLC

# INVOICE

P O Box 313
Spring Lake, MI 49456
Phone (616) 638-6132  email wjbeck@deltaea.net

**DATE:** June 1, 2010

**Bill To:**
Mr William B Hunt, CEO
**SUREFIL, LLC**
4560 Danvers Drive, S E
**Grand Rapids, MI 49512**

**For:**
Consulting Services
May 2010

| DATE | Description | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/03/2010 | Review Fallon Revisions to NDA, Telecon S Pensler Correspondence to H Nelson, Attention to Pensler NDA, Telecon J Newman-Loeb RE Equipment, Conference Call with B Hunt/R Wardrop | 1 75 | $265 00 | $463 75 |
| 5/05/2010 | Telecon B Hunt RE Various Matters, Telecon S Pensler, Telecon J Byrd | 1 25 | $265 00 | $331 25 |
| 5/06/2010 | Telecon H Nelson, Conference Call Puleo, Bartlett, Skilton & Nelson, Telecon S Klotz, Telecon B Hunt | 2 00 | $265 00 | $530 00 |
| 5/07/2010 | Telecon S Wolf RE Financing | 0 50 | $265 00 | $132 50 |
| 5/10/2010 | Telecon J Byrd RE Various Questions on Due Diligence Material, Telecon S Pensler RE Inventory Questions, Telecon J Newman at Loeb | 1 00 | $265 00 | $265 00 |
| 5/11/2010 | Attend Meeting at HG Offices RE Process and Due Diligence Questions | 1 50 | $265 00 | $397 50 |
| 5/12/2010 | Attention to Due Diligence Materials for HG, Conference Call with F Puleo RE Budget, Process, Conference Call with B Hunt/E Graham, Telecon S Pensler | 1 00 | $265 00 | $265 00 |
| 5/14/2010 | Telecon B Hunt, Telecon F Puleo | 0 50 | $265 00 | $132 50 |
| 5/17/2010 | Review LOI from Huizenga Group, Telecon S Pensler, Review Revised LOI from Pensler | 0 50 | $265 00 | $132 50 |
| 5/19/2010 | Telecon F Puleo, Review LOI from B Hunt | 0 50 | $265 00 | $132 50 |
| 5/20/2010 | Telecon Huizenga Group RE LOI, Review Correspondence | 0 25 | $265 00 | $66 25 |
| 5/21/2010 | Telecon B Hunt RE Proposal | 0 25 | $265 00 | $66 25 |
| 5/24/2010 | Telecon H Nelson, Conference Call with F Puleo, R Skilton, and H Nelson, Review Coryell LOI, Telecon B Hunt | 1 50 | $265 00 | $397 50 |
| 5/26/2010 | Telecon F Puleo, Telecon M Currie | 0 50 | $265 00 | $132 50 |
| 5/27/2010 | On-Site Attend Meeting with Currie Group, Telecon F Puleo, Conference Call with Bank Team, Telecon M Currie, Telecon J Byrd | 3 50 | $265 00 | $927 50 |
| | Billing for David N Kraker (Time Sheet Attached) | | | $3,600 00 |
| | Out of Pocket Expenses | | | $0 00 |
| | | | SUBTOTAL | $ 7,972 50 |
| | | | PREPAID FEES | - |
| | | | BALANCE FORWARD | $ - |
| | | | OTHER | - |
| | | | **TOTAL** | **$ 7,972 50** |

Make all checks payable to Delta Equity Advisors, LLC at above address
Total due upon receipt

THANK YOU

# Consultant Time Worksheet

**EQUITY ADVISORS, LLC**
P.O. Box 313
Spring Lake, MI 49456

| CONSULTANT: | David Kraker |
|---|---|
| FILE: | Surefil, LLC |
| DATE: | 6/1/2010 |
| PERIOD: | May, 2010 |

| DATE | DESCRIPTION OF SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 5/5/2010 | Call with Mr Beck and Mr Hunt regarding the status of sale process and cash flow forecast and other financial analysis. PDF information for potential buyer and email to Mr Hunt to forward to potential buyer. Call with Mr Graham re information needed for Huntington Bank. Prepare other financial information for potential buyers. | 2.50 | $225.00 | $562.50 |
| 5/6/2010 | Conference call with Mr Hunt (Surefil) and Company legal counsel (Mr Nelson), Huntington Bank and Warner Norcross (legal counsel for Bank) to briefly review the Bank Presentation material sent to all parties and review the status of the sale process. | 1.25 | $225 00 | $281.25 |
| 5/12/2010 | PDF Bank Presentation and email to Donna Reed with Huntington Bank. Conf call with Mr Beck and Mr Puleo of Huntington Bank re status of cash collateral and status of sale process. Calls with Mr Graham and Mr Hunt with Mr Beck re due diligence questions and answers. Work with Mr Graham on cash collateral budget. Conf call with Mr Hunt and Mr Graham with Mr Beck re the due diligence information request and cash collateral budget. | 4.25 | $225.00 | $956.25 |
| 5/13/2010 | Review of cash collateral budget and email questions to Mr Graham. Update of actual cash activity for the prior two weeks along with getting answers to questions from Mr Graham. | 3.75 | $225.00 | $843.75 |
| 5/20/2010 | Update of actual cash activity for the prior week activity   Email Mr Graham questions and request check register proposed for the current week. Review of proposed checks and review with Mr Beck. | 1.75 | $225.00 | $393.75 |
| 5/27/2010 | Meeting at Surefil with potential buyers with Mr Beck and Mr Hunt. | 2.50 | $225.00 | $562.50 |

Out of Pocket:

OFFICE USE

| DATE: | |
|---|---|
| NUMBER: | |

SUBTOTAL  $  3,600.00

TOTAL  $  3,600.00