# NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON
### ATTORNEYS AND COUNSELORS
*A Professional Corporation*
2025 EAST BELTLINE SE - SUITE 600 - GRAND RAPIDS, MI 49546 - PH: 616 977-0077 - FAX: 616 977-0529

June 08, 2010

**PRIVILEGED AND CONFIDENTIAL**
William B. Hunt
Surefil, LLC
4560 Danvers Drive, S.E.
Grand Rapids MI 49512

Terms: Net 30
Federal I.D. #: 38-3279822

Invoice # 60444

Professional Services through 5/31/2010

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | **Case Administration** | | |
| 5/3/2010 | HEN | Receive and examine further revision to Pensler Confidentiality Agreement. Exchange e-mail correspondence with B. Beck regarding same. | 0.30 | 85.50 |
| 5/5/2010 | HEN | Receive and examine e-mail correspondences regarding Beck engagement. | 0.20 | 57.00 |
| 5/6/2010 | HEN | Telephone conference with B. Beck and D. Kraker regarding upcoming conference call (.25). Conference call with Attorney R. Skilton, Bank representatives, B. Beck and D. Kraker regarding end game options (1.0). Telephone conference with E. Graham regarding payment to accountants and reclamation claim (.25). | 1.50 | 427.50 |
| 5/11/2010 | HEN | Telephone conference with E. Graham regarding reclamation claim on bottles. | 0.25 | 71.25 |
| 5/12/2010 | HEN | Receive and examine proposed Pensler letter of intent. Telephone conference with B. Beck regarding same. | 0.50 | 142.50 |
| 5/21/2010 | HEN | Receive and examine May 2, 2010 operating reports. File same. | 0.50 | 142.50 |

| | | | | Page 2 |
|---|---|---|---|---|
| William B. Hunt | | | | |
| June 08, 2010 | | | Invoice # | 60444 |
| | | | Hours | Amount |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/21/2010 | HEN | Exchange e-mail correspondences with B. Hunt and R. Skilton regarding cash collateral. | 0.30 | 85.50 |
| 5/25/2010 | HEN | Attorney analysis conference with J. Lucas regarding report on collection cases. Receive and examine e-mail correspondence from J. Lucas regarding same. | 0.30 | 85.50 |
| | JAL | Receipt, review and analysis of file documents regarding collection matters. Preparation of e-mail correspondence to Muller Muller Richmond & Harms and David & Wierenga regarding subject of collection activities. Preparation of e-mail correspondence to attorney for Huntington National Bank describing collection actions. | 0.60 | 117.00 |
| SUBTOTAL: | | | [ 4.45 | 1,214.25] |

Fee/Employment Applications

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/11/2010 | HEN | Telephone conference with Attorney J. Sommerdyk regarding status of his Fee Application. | 0.25 | 71.25 |
| | JAL | Prepare Fee Application, Order and Notice and Opportunity to Object for Muller, Muller, Richmond & Harms. Forward to client for approval (.60). Revise Fee Application, Order and Notice for Miller Canfield Paddock and Stone (.30). Draft Application to Employ David & Wierenga for additional collection action, proposed Order and Affidavit of Jim Wierenga. Forward to client for signature (.70). | 1.60 | 312.00 |
| 5/12/2010 | HEN | Telephone conference with B. Beck regarding monthly compensation request. Preparation of e-mail correspondence to B. Beck regarding same. | 0.25 | 71.25 |
| | JAL | Draft Fee Application, Notice and Order for David & Wierenga (.70). Preparation of e-mail correspondence to client to obtain approval (.20). | 0.90 | 175.50 |

| | | | Hours | Page 3<br>Invoice # 60444<br>Amount |
|---|---|---|---|---|
| William B. Hunt<br>June 08, 2010 | | | | |
| 5/17/2010 | HEN | Receive and examine e-mail correspondence from B. Beck regarding fees. Preparation of Fee Application for Delta Equity. File and serve same. | 0.75 | 213.75 |
| 5/18/2010 | HEN | Review of April invoice. Preparation of Second Monthly Compensation Request. | 0.50 | 142.50 |
| 5/19/2010 | JAL | Receive and examine e-mail correspondence from Rehman Robson regarding fee application. Preparation of e-mail correspondence to client to obtain approval for invoices to be paid. Draft Compensation Application, Notice, Order and Proof of Service for Rehman Robson. | 1.10 | 214.50 |
| 5/20/2010 | JAL | Revise Application of Rehman Robson. Preparation of e-mail correspondence to Rehman Robson regarding same to obtain signature. | 0.30 | 58.50 |
| 5/21/2010 | JAL | Telephone conference with J. Wierenga regarding Willard Picaro litigation. Preparation of e-mail correspondence to attorney for Huntington National Bank regarding same. | 0.30 | 58.50 |
| SUBTOTAL: | | | [ 5.95 | 1,317.75] |

Financing

| | | | | |
|---|---|---|---|---|
| 5/12/2010 | HEN | Exchange e-mail correspondences with B. Hunt regarding cash collateral status. Lengthy telephone conference with R. Skilton regarding same. | 0.75 | 213.75 |
| 5/13/2010 | HEN | Receive and examine revised cash budget. | 0.30 | 85.50 |
| 5/17/2010 | HEN | Telephone conference with Attorney R. Skilton regarding status of sale efforts and other issues. | 0.25 | 71.25 |
| 5/24/2010 | HEN | Two telephone conferences with B. Beck. Conference call with R. Skilton, F. Pulio and B. Beck regarding financing for future operations or sale. | 1.30 | 370.50 |

| | | Page 4 |
|---|---|---|
| William B. Hunt | | |
| June 08, 2010 | Invoice # | 60444 |
| | Hours | Amount |

| | | Hours | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 2.60 | 741.00] |

Plan and Disclosure Statement

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/14/2010 | HEN | Receive and cursory review of Huizenga letter of intent. | 0.30 | 85.50 |
| 5/15/2010 | HEN | Conference with B. Hunt regarding sale efforts and reorganization alternatives. | 1.25 | 356.25 |
| 5/24/2010 | HEN | Telephone conference with R. Wardrop regarding sale strategy. Telephone conference with W. Hunt regarding report on conference call with bank representatives. | 0.30 | 85.50 |
| SUBTOTAL: | | | [ 1.85 | 527.25] |

| | Hours | Amount |
|---|---|---|
| Total current fees | 14.85 | $3,800.25 |
| Previous balance | | $53,383.98 |
| 5/19/2010 Payment - thank you. Check No. 008321 | | ($11,600.00) |
| 5/25/2010 Payment - thank you. Check No. 008355 | | ($11,600.00) |
| 6/8/2010 Payment - thank you. Check No. 008389 | | ($24,818.25) |
| Total payments and adjustments | | ($48,018.25) |
| Balance due | | $9,165.98 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Harold E. Nelson | 10.05 | 285.00 | $2,864.25 |
| Joseph A. Lucas | 4.80 | 195.00 | $936.00 |