UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,

    Debtor.
_____/

Case No. HG 09-06914
Chapter 11
Jointly Administered

In re:

SUREFIL PROPERTIES, LLC,

    Debtor.
_____/

Case No. HG 09-06916

## ORDER RE: DEBTORS' JULY 9, 2010 MOTION - DELTA EQUITY ADVISORS

At a session of said Court of Bankruptcy, held in and for said district on    JUL 2 0 2010   .

PRESENT:    HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On July 15, 2010, the court heard Debtors' July 9, 2010 motion entitled "Debtors' Motion to Expand the Employment of Delta Equity Advisors, LLC." The United States Trustee had filed an objection.

For the reasons stated on the record, the estate's employment of Delta Equity Advisors is expanded as provided in the July 9, 2010 motion. 11 U.S.C. § 327. Delta Equity Advisors' employment remains as that of only a professional consultant. Debtor continues to be the estate's debtor-in-possession with respect to all aspects of the estate's administration except as otherwise provided by court order.

                                                         7/20/10
Hon. Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been returned to **Harold E. Nelson, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.