UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,

    Debtor.
_____/

Case No. HG 09-06914
Chapter 11
Jointly Administered

In re:

SUREFIL PROPERTIES, LLC,

    Debtor.
_____/

Case No. HG 09-06916

### ORDER RE: LIMITATIONS ON DEBTOR-IN-POSSESSION'S RIGHTS

At a session of said Court of Bankruptcy, held in and for said district on ___JUL 2 0 2010___.

PRESENT:    HONORABLE JEFFREY R. HUGHES
                    United States Bankruptcy Judge

On July 15, 2010, the court heard Debtors' July 9, 2010 motion entitled "Debtors' Motion to Expand the Employment of Delta Equity Advisors, LLC." That motion includes various self-imposed limitations upon the debtor's rights as debtor-in-possession of this estate. Those limitations are set forth in paragraph 14 of the July 9, 2010 motion.

IT IS ORDERED that the rights of Debtor as debtor-in-possession of this estate are restricted as set forth in paragraph 14 of the July 9, 2010 motion. 11 U.S.C. § 1107(a).

                                          _____ 7/20/10
                                          Hon. Jeffrey R. Hughes
                                          United States Bankruptcy Judge

A copy of this order has been returned to **Harold E. Nelson, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.