UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,

    Debtor.

Case No. HG 09-06914
Chapter 11
Hon. Jeffrey R. Hughes

In re:

SUREFIL PROPERTIES, LLC,

    Debtor.

Case No. HG 09-06916
Jointly Administered

## FIFTH REQUEST OF DELTA EQUITY ADVISORS FOR MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT FOR PROFESSIONALS

Delta Equity Advisors, LLC ("**Applicant**") hereby requests payment of fees and reimbursement of expenses for the period from August 1, 2010 through August 31, 2010.

In support of this Request, Applicant states:

1. The Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code on June 8, 2010.

2. On May 4, 2010, an Order was entered approving the appointment of Applicant as financial advisors to the Debtors.

3. On April 16, 2010, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (the "**Interim Compensation Order**").

4. All services for which compensation is requested herein were professional in nature.

F:\data\HEN\Surefil LLC\Compensation Applications\Monthly Apps\Delta Equities\Delta Equities Fifth Request for Comp 9-2-10.doc

-1-

5. For the period from August 1, 2010 through August 31, 2010, Applicant expended 66.50 hours on behalf of the Debtors in this case. The person rendering the services, the amount of time expended, a description of the services and the applicable hourly rate are itemized on the invoice attached hereto.

6. In addition to the fees set forth above, the Applicant has incurred expenses in the amount of $10.00.

7. Pursuant to the Interim Compensation Order, the Applicant is entitled to receive compensation in an amount equal to 90% of its fees incurred and 100% of its expenses.

8. Current Request:   Fees Applied For:   ($22,306.25 x .90)   $20,075.62

          Expenses Requested:   $   10.00

              TOTAL:   $20,085.62

WHEREFORE, the Applicant requests that the Debtor pay to the Applicant the compensation requested herein upon the Debtor's receipt of a certificate of no objection form the Applicant as provided in the Interim Compensation Order.

            **DELTA EQUITY ADVISORS, LLC**

Dated: September 2, 2010   By:   /s/ **William J. Beck**
            William J. Beck
            Business Address & Telephone:
            P.O. Box 313
            Spring Lake, MI 49456
            (616) 638-6132

F:\data\HEN\Surefil LLC\Compensation Applications\Monthly Apps\Delta Equities\Delta Equities Fifth Request for Comp 9-2-10.doc

-2-


EQUITY ADVISORS, LLC

P.O. Box 313  
Spring Lake, MI 49456  
Phone (616) 638-6132   email  wjbeck@deltaea.net

DATE:   September 1, 2010

**Bill To:**  
Mr. William B. Hunt, CEO  
**SUREFIL, LLC**  
4560 Danvers Drive, S E  
**Grand Rapids, MI 49512**

**For:**  
Consulting Services  
August 2010

| DATE | Description | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/2/2010 | Complete Draft of Settlement Proposal for Bank Correspondenc to Client RE: Same | 0.75 | $265 00 | $198.75 |
| 8/3/2010 | Conference Call with B. Hunt RE: Various Matters | 1.00 | $265.00 | $265.00 |
| 8/4/2010 | Review A/P Materials, Conference Call: E. Graham RE: Same | 2.00 | $265.00 | $530.00 |
| 8/5/2010 | Attend Meeting with H. Nelson, R. Skilton Review Correspondence from J. Newman, Telecon: H. Nelson, Telecon: B Hunt, Telecon: J. Skukelak | 1.00 | $265.00 | $265.00 |
| 8/8/2010 | Telecon: Prospective Bidder RE: Various Matters | 0.75 | $265.00 | $198.75 |
| 8/9/2010 | Telecon: B. Hunt, Telecon: H. Nelson, Conference Call with D. Bartlett, R. Skilton, H. Nelson, Telecon: J. Newman Telecon: T. Seeber, Telecon: B. Hunt | 2.75 | $265.00 | $728.75 |
| 8/10/2010 | Telecon: B. Hunt, Review Objection to Sale, Conference Call with H. Nelson & P. Mears RE: Same, Conference Call with H. Nelson and Hunt Counsel, Telecon: Creditor/Prospective Bidder, Attention to Information Request, Review Spreadsheet Correspondence RE: Same, Telecon: B. Hunt | 2.25 | $265.00 | $596.25 |
| 8/11/2010 | Telecon: Prospective Bidders (2), Correspondence to Bank & Counsel RE: Contact Information | 0.50 | $265.00 | $132.50 |
| 8/12/2010 | Attend Meeting with Bank at WNJ, Attend Hearing, Attend Meeting at WNJ with Bank and Prospective Bidders | 9.00 | $265.00 | $2,385.00 |
| 8/13/2010 | Attend Hearing at Bankruptcy Court, Attention to A/P, Attention to Professional Services Matter, Telecon: Rheman RE: Same, Telecon: T. Seeber | 3.00 | $265.00 | $795.00 |
| 8/16/2010 | Attention to Due Diligence Requests from Prospective Bidders Telecon: B. Hunt RE: Various Matters | 1.50 | $265.00 | $397.50 |
| 8/17/2010 | Telecon: Oleander RE: Potential Bid, Telecon: T. Seeber Telecon: B. Hunt, Attention to Due Diligence Materials | 2.50 | $265.00 | $662.50 |
| 8/18/2010 | Attention to Various Matters, Telecon: Madras Packaging, Telecon: E. Graham, Correspondence to Various Prospective Bidders, Attention to A/P, Correspondence to Bank RE: Professional Services, Attention to Paro NDA, Various Bid/ Sale Related Items | 3.25 | $265.00 | $861.25 |
| 8/19/2010 | Telecon: S. Pensler, Telecon: F. Puleo, Telecon: T. Seeber, Review Pensler Due Diliegence Request, Attention to Other Data Requested and Cash Management | 1.25 | $265.00 | $331.25 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/20/2010 | Telecon S Pensler | 0 25 | $265 00 | $66 25 |
| 8/23/2010 | Attention to Cash Management, Telecon F Puleo, Telecon T Seeber, Telecon Oleander, Telecon P Paisley | 1 00 | $265 00 | $265 00 |
| 8/24/2010 | Telecon B Hunt RE Oleander, On-Site Meet with Pensler Group, Telecon T Seeber, Telecon S Grow, Telecon H Nelson, Status of Lander, Attention to H Dressien Interest Correspondence RE Same | 2 75 | $265 00 | $728 75 |
| 8/25/2010 | Attention to Various Matter, Correspondence Regarding Sale, Prepare NDA for Potential Bidder | 1 25 | $265 00 | $331 25 |
| 8/26/2010 | Attention to Cash Management, Penseler Data Request Telecon S Pensler, Telecon B Hunt (2) | 1 50 | $265 00 | $397 50 |
| 8/27/2010 | Telecon S Grow RE Lander Brand, Tax Matters Telecon R Wardrop RE Tax Matter, Telecon M Gilbert Telecon S Grow, Conference Call S Grow/F Puleo Attention to Cash Management/BBC, Correspondence to Bank RE Same, Telecon B Hunt F/U Call M Gilbert | 3 25 | $265 00 | $861 25 |
| 8/30/2010 | Attend Meeting at WNJ and Hearing at Bankrupcty Court Negotiations with Bank and Bidders, Second Half of Hearing | 7 50 | $265 00 | $1,987 50 |
| 8/31/2010 | Telecon S Grow RE Budget for Collateral Order, Telecon E Graham RE Cash Management, Telecon M Gilbert | 1 00 | $265 00 | $265 00 |
| | Billing for David N Kraker (Time Sheet Attached) | | | $9,056 25 |
| | Out of Pocket Expenses (Parking) | | | $10 00 |
| | | | SUBTOTAL | $ 22,316 25 |
| | | | PREPAID FEES | - |
| | | | BALANCE FORWARD | $ - |
| | | | OTHER | - |
| | | | **TOTAL** | $ 22,316 25 |

Make all checks payable to Delta Equity Advisors, LLC at above address
Total due upon receipt

**THANK YOU**

Consultant Time Worksheet



EQUITY ADVISORS, LLC

P.O. Box 313
Spring Lake, MI 49456

| CONSULTANT: | David Kraker |
|---|---|
| FILE: | Surefil, LLC |
| DATE: | 9/1/2010 |
| PERIOD: | August, 2010 |

| DATE | DESCRIPTION OF SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 8/5/2010 | Update of the operating activity for the week of July 26 - 30.  Calls with Mr. Granham regarding questions and request of additional information   Prepare material and freight analysis and email to Mr. Beck for review   Update information binders. | 2 50 | $225 00 | $562.50 |
| 8/10/2010 | Work with Mr. Granham on due diligence information requests for Accounts Receivable and Financial Statement information. | 1.00 | $225.00 | $225.00 |
| 8/12/2010 | Time attending Court Hearing and meetings at Warner Norcross & Judd.  Start update for the operating activity for the week of August 2 - 6. | 7.25 | $225 00 | $1,631.25 |
| 8/13/2010 | Complete update of the operating activity for the week of August 2 - 6.  Start update for the week of August 9 - 13. | 1.25 | $225.00 | $281.25 |
| 8/14/2010 | Prepare email to Mr. Granham regarding due diligence information being requested by the potential buyers to email to Mr. Granham on Monday | 0.50 | $225.00 | $112 50 |
| 8/16/2010 | Work on due diligence requests.  Calls with Mr. Granham re same   Organize and prioritize the due diligence requests for Mr Granham.  Conference call with Mr. Hunt and Mr. Granham and Mr. Beck re the due diligence information requests and other matters. | 3.00 | $225.00 | $675.00 |
| 8/17/2010 | Conf call with Mr Beck and Mr Seeber re due diligence information   Call and emails with Mr. Granham regarding timing of receiving due diligence information.  Review information received last this evening from Mr Hunt | 3 75 | $225.00 | $843.75 |
| 8/18/2010 | Calls with Mr Seeber regarding the due diligence information timing.  Call with Mr. Granham re the status of financial statements.  Update of the due diligence request form. | 1.00 | $225.00 | $225.00 |
| 8/19/2010 | Time forwarding due diligence information to the potential buyers and tracking of requests and forwarding of the requested information. | 3.50 | $225.00 | $787.50 |
| 8/20/2010 | Time organizing due diligence files, reviewing and emailing of files to potential buyers. | 1.00 | $225.00 | $225.00 |
| 8/21/2010 | Time breaking out the due diligence files emailed to the Pensler Capital Group into multiple emails as their firewall blocked most of the files.  Work on preparing an inventory analysis as of July 31 using the information received from Surefil along with the prior April information received from Surefil. | 3.75 | $225.00 | $843.75 |
| 8/25/2010 | Time dealing with Due diligence requests and complete udpate of operating activity for the week of August 9 - 13. | 2.00 | $225.00 | $450.00 |
| 8/27/2010 | Calls with Mr. Granham and Mr Hunt regarding quantifying the amount of admin claims and trade accounts payable.  Call to Mr. Beck and Mr Seeber re same. | 0.50 | $225.00 | $112.50 |
| 8/28/2010 | Update of the operating activity for the week of August 16 - 20.  Prepare draft schedule reflecting the estimated admin claims, professional fees, trade AP and burial costs.  Email to Mr Beck for review. | 2.75 | $225.00 | $618.75 |
| 8/30/2010 | Time attending Court Hearing and meetings at Warner Norcross & Judd | 6.50 | $225.00 | $1,462.50 |
| | OFFICE USE | | SUBTOTAL | $ 9,056.25 |
| DATE: | | | | |
| NUMBER: | | | | |
| | | | TOTAL | $ 9,056.25 |