UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

SUREFIL, LLC,

      Debtor.

Case No. HG 09-06914
Chapter 11
Jointly Administered

_____

In re:

SUREFIL PROPERTIES, LLC,

      Debtor.

Case No. HG 09-06916

_____

## CERTIFICATE OF NO OBJECTION

On April 16, 2010, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (the "**Order**").  Pursuant to the procedures set forth in the Order, Delta Equity Advisors, LLC ("**Applicant**") filed its Fifth Request of Delta Equity Advisors for Monthly Interim Compensation and Reimbursement for Professionals (the "**Application**") and served the Application on those parties required pursuant to the Order on September 2, 2010.  More than ten (10) days after service of the Application have expired and no objection to the compensation sought has been filed or served.

Pursuant to the procedures set forth in the Order, the Debtor is authorized to pay the Applicant an amount equal to 90% of the fees requested and 100% of the requested expenses.

Respectfully submitted,

**NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON**
Attorneys for Debtors

Dated:  September 14, 2010      By:   **/s/ Harold E. Nelson**
                                                          Harold E. Nelson  (P-27974)
                                          Business Address:
                                              2025 E. Beltline, S.E., Suite 600
                                              Grand Rapids, MI  49546
                                              (616) 977-0077