UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Case No. HG 09-06914

SUREFIL, LLC,

Debtor.
_____/

In re:

Case No. HG 09-06916

SUREFIL PROPERTIES, LLC,

Debtor.
_____/

## ORDER RE: DEBTORS' AUGUST 18, 2010 MOTION - SALE

At a session of said Court of Bankruptcy, held in and for said district.

PRESENT: HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On September 15, 2010, this court held a final hearing regarding Debtors' August 18, 2010 motion entitled "Debtors' Revised Motion to Approve Sale and for Other Related Relief." A hearing had also been held on August 30, 2010 concerning the motion and an order with respect to that hearing was entered on September 1, 2010 (DN 273).

Objections by PROSYS, LLC and Process Results, Inc. and by Oleander Brands, LLC and Oleander Brands International, LLC to the proposed sale still remained at the time of the September 15, 2010 hearing. However, all of the remaining objections were withdrawn during that hearing.

For the reasons stated in the September 1, 2010 order and on the record at the September 15, 2010 hearing, Debtors have the authority to sell to ABACO Partners, LLC their respective estates' interests in the property described in the Asset Sale and Purchase Agreement filed with the court on September 9, 2010. 11 U.S.C. § 363(b). The interests authorized to be sold include the Sureful Properties, LLC estate's interest in the real property described in Exhibit A attached to this order. The sale shall be consistent with the terms and conditions as set forth in the September 9, 2010 agreement.

All interests authorized to be sold pursuant to this order are also sold free and clear of any other interest in the same. 11 U.S.C. § 363(f).

## [END OF ORDER]

A copy of this order has been returned to **Harold E. Nelson, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.

2

**Signed: September 16, 2010**

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge

## EXHIBIT A

## LEGAL DESCRIPTION TO PROPERTY OWNED BY SUREFIL PROPERTIES, LLC

Property located in the City of Kentwood, County of Kent, State of Michigan, described as: Lots 25 and 26, Airview Industrial Park No. 2, part of the SE ¼, Section 24, T6N, R11W, City of Kentwood, Kent County, Michigan, according to the recorded plat thereof in Liber 85 of Plats, on Page 48.