UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

SUREFIL, LLC,

       Debtor.

Case No. HG 09-06914
Chapter 11
Hon. Jeffrey R. Hughes

_____

In re:

SUREFIL PROPERTIES, LLC,

       Debtor.

Case No. HG 09-06916
Jointly Administered

_____

**ORDER AUTHORIZING DEPOSIT OF CERTAIN SALE PROCEEDS
INTO THE REGISTRY OF THE COURT**

**PRESENT:** **HONORABLE JEFFREY R. HUGHES**
UNITED STATES BANKRUPTCY JUDGE

This matter having come before the Court on the Ex Parte Motion of Surefil, LLC and Surefil Properties, LLC (collectively, the "**Debtor**") for entry of an Order Authorizing Deposit of Certain Sale Proceeds into the Registry of the Court (the "**Motion**"); the Court being duly and fully advised in the premises; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.    Debtor's Motion is granted. The Debtor is authorized to deposit the sum of $1,220,000 into the Court's registry, to be placed in an interest-bearing account, with the Priority Liens and the liens held by Huntington National Bank attaching to said amount with the same validity and priority as the same attached to the assets of the Debtor.

2. Disbursement of any of these funds shall be made upon further Court order with appropriate notice to the holders of such liens.

3. Debtor shall serve this Order on Prosys/Process Results, Rush Creek Excavating, The Huntington National Bank, the United States Trustee, and upon all entities identified by Debtor in its lists filed pursuant to Fed. R. Bankr. P. 1007(1) and (3) and upon all persons who have filed a request for notice pursuant to Fed. R. Bankr. P. 2002(i).

4753584-1

**END OF ORDER**

**Signed: September 16, 2010**



Hon. Jeffrey R. Hughes
United States Bankruptcy Judge