UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,

    Debtor.

_____/

Case No. HG 09-06914

In re:

SUREFIL PROPERTIES, LLC,

    Debtor.

_____/

Case No. HG 09-06916

### ORDER RE: DISTRIBUTION OF SALE PROCEEDS

    At a session of said Court of Bankruptcy, held in and for said district.

    PRESENT:    HONORABLE JEFFREY R. HUGHES
                        United States Bankruptcy Judge

    On September 15, 2010, this court held a final hearing regarding Debtors' August 18, 2010 motion entitled "Debtors' Revised Motion to Approve Sale and for Other Related Relief." That motion contemplates proceeds from the sale being distributed to lien creditors claiming interests in the same.

    PROSYS, LLC and Process Results, Inc. ("PROSYS/Process") had objected and the United States Trustee had also objected to the proposed distributions. However, based upon agreements placed upon the record at the hearing, the objections were withdrawn.

    Therefore, for the reasons stated on the record, Debtors' respective estates are authorized to distribute all but $700,000 of the proceeds received from ABACO Partners, Ltd pursuant to the sale authorized by separate order dated September 16, 2010 (DN 285). *Cf.* 11 U.S.C. § 363(b). $1,220,000 of the amount to be distributed will be paid into this court's registry pursuant to the agreement between The Huntington National Bank ("Huntington") and PROSYS/Process as read into the record and the balance that is to be distributed will be paid to Huntington. As for the remaining $700,000 that is not to be distributed at this time, it shall remain as property of the estate for further administration.

A separate order will also enter authorizing the deposit into the court registry.

**[END OF ORDER]**

A copy of this order has been returned to **Harold E. Nelson, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.

**Signed: September 16, 2010**

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge