**Form NTCTS** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Surefil, LLC**<br>4560 Danvers Drive, S.E.<br>Grand Rapids, MI 49512<br>Tax ID: 20–3592443<br><br>**Debtor(s)** | **Case Number 09–06914–jrh**<br><br>**Chapter 11**<br><br>**Honorable Jeffrey R. Hughes** |

## CLERK'S NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on October 13, 2010 was filed on September 15, 2010 . The following dates apply:

The parties have seven (7) calendar days from the date of the filing of the transcript to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 21 days from the date of the filing of the transcript.

If a request for redaction is filed, the redacted transcript is due 31 days from the date of the filing of the transcript.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of the filing of the transcript, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext Reporting Company , or you may view the document at the clerk's office public terminal during normal business hours.



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** October 14, 2010

/S/ _____
Earlean Powell
Deputy Clerk

A copy of this notice was served by the Clerk upon Harold Nelson, Esq., Robert H, Skilton, Edq., Stephen B. Grown, Esq., Jason W. Bank, Esq., Mark M. Cunningham, Esq., Michael V. Maggio, Esq., Robert F. Wardrop, Esq., Robert D. Wolford, Esq., Mark Kehoe, Esq., Debtor, Surefil, LLC., Joseph A. Lucas .