UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:  

SUREFIL, LLC, et. al,

      Debtors.
_____/

Case No.: 09-06914
(Chapter 11)
Jointly Administered

Hon. Jeffrey R. Hughes

**STIPULATION BETWEEN OLEANDER INTANGIBLES LLC AND OLEANDER BRANDS INTERNATIONAL LLC, DEBTOR AND ABACO PARTNERS, LLC TO PROTECTIVE OBJECTION TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND CURE COSTS RELATED THERETO**

      Oleander Brands, LLC and Oleander Brands International, LLC (collectively, "Oleander"), Surefil, LLC (the "Debtor") and Abaco Partners, LLC ("Abaco"), through their counsel, resolve Oleander's Protective Objection to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and Cure Costs Related Thereto (the "Assumption Notice"), and stipulate and agree as follows:

      1.      An Order shall enter in accordance with the Assumption Notice providing that the Agreement dated October 29, 2008 by and between, among others, the Debtor, Grand Brands, LLC and Oleander (the "Agreement") is hereby assumed by the Debtor and assigned to Abaco pursuant to the terms set forth in the Assumption Notice.

      2.      The parties expressly agree that both the assumption and assignment of the Agreement by the Debtor to Abaco and the terms of such assumption and assignment are each without prejudice to, or a waiver of, any defenses of Oleander or their principal, including, but not limited to, rights of setoff or recoupment, of Oleander or its principal under or related to the Agreement.

Stipulated and agreed to by:

        Miller Johnson
        Attorneys for Oleander Intangibles LLC and Oleander Brands International LLC

Dated: November 3, 2010      By  /s/ Robert D. Wolford
        Robert D. Wolford (P-62595)
        Business Address:
          250 Monroe Avenue, N.W., Suite 800
          PO Box 306
          Grand Rapids, Michigan  49501-0306
        Telephone:  (616) 831-1700

        Nantz, Litowich, Smith, Girard & Hamilton, PC
        Attorneys for Debtor

Dated: November 3, 2010      By  /s/ Harold E. Nelson
        Harold E. Nelson (P27974)
        hal@nlsg.com
        Business Address:
          20205 E. Beltline Avenue, NW, Suite 600
          Grand Rapids, Michigan  49546
        Telephone:  (616) 954-2985

        Mika, Meyers, Beckett & Jones, PLC
        Attorneys for Abaco Partners, LLC

Dated: November 3, 2010      By  /s/ Mark A. Kehoe
        Mark A. Kehoe (P28629)
        mkehoe@mmbjlaw.com
        Business Address:
          900 Monroe, Avenue, NW
          Grand Rapids, Michigan  49503
        Telephone:  (616) 632-8000

2

GR_DOCS 1653188v1