UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

---

In re

    SUREFIL, LLC,                          Case No. 09-06914
                                                    Chapter 11
        Debtor.                          Hon. Jeffrey R. Hughes

---

### DEBTOR'S MOTION TO CONVERT CASE
### PURSUANT TO 11 U.S.C. §1112(A)

Surefil, LLC ("**Debtor**") files this Motion pursuant to 11 U.S.C. §1112(a). In support of this Motion, Debtor states:

    1.    The Debtor is a debtor in possession in the above-referenced case.

    2.    This case was originally commenced as a voluntary case under Chapter 11 of the United States Bankruptcy Code.

    3.    This case was not previously converted.

    4.    Pursuant to 11 U.S.C. §1112(a), the Debtor may convert this case to a case under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor requests that this Court enter an Order converting this case to a case under Chapter 7 of the Bankruptcy Code and granting such other or further relief as may be just or equitable.

                                            Respectfully submitted,

                                            NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON
                                            Attorneys for Surefil, LLC

Dated: November 22, 2010          By:    */s/ Harold E. Nelson*
                                                  Harold E. Nelson  (P-27974)
                                            Business Address:
                                                  2025 E. Beltline, S.E., Suite 600
                                                  Grand Rapids, MI  49546
                                                  (616) 977-0077