# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

SUREFIL, LLC,
                                      Case No. HG 09-06914

     Debtor.

_____/

In re:

                                      Case No. HG 09-06916

SUREFIL PROPERTIES, LLC,

     Debtor.

_____/

## ORDER RE: THE HUNTINGTON NATIONAL BANK'S JANUARY 10, 2011 MOTION - LIMIT NOTICE

At a session of said Court of Bankruptcy, held in and for said district on _____ JAN 3 1 2011 _____.

PRESENT:    HONORABLE JEFFREY R. HUGHES
                      United States Bankruptcy Judge

On January 27, 2011, the court held a hearing concerning The Huntington National Bank's ("HNB") January 10, 2011 motion entitled "Ex Parte Motion to Limit Notice of Motion to Distribute Certain Funds From the Registry of the Court."

For the reasons stated on the record, HNB's motion is denied. Service upon the remaining parties with interests in the registry funds is sufficient.

                              1/31/11

                    Hon. Jeffrey R. Hughes
                    United States Bankruptcy Judge

A copy of this order has been returned to **Robert H. Skilton, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.